**Fill in this information to identify the case:**

Debtor name __Jill's Office, LLC__

United States Bankruptcy Court for the: _____ District of __Utah__
(State)

Case number (If known): __25-21625__

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Samson MCA LLC<br>17 State Street Ste. 630<br>New York, NY 10004 | Astrid Gonzalez<br>astrid@bblawpllc.com<br>434-436-1939 | | | | | $30,735.00 |
| 2 | Capital Assist<br>323 Sunny Isles Blvd., Ste. 503<br>Sunny Isles Beach, FL 33160 | Mark<br>mg@capital-assist.com<br>786-795-7177 | | | | | $4,250.00 |
| 3 | CFT Clear Finance Technology Corp.<br>33 Yonge Street, Suite 1302<br>Toronto, ON M5E 1G4, Canada | payments@clear.com<br>813-370-1253 | | | | | $90,000.00 |
| 4 | Daytona Funding Solutions Corporation<br>266 Broadway, Ste. 401<br>Brooklyn, NY 11211 | Chris Anderson<br>chris@thedaytonadunding.com, 209-437-0505 | | | | | $117,000.00 |
| 5 | Elite Funding<br>500 W. Putnam Avenue, Suite 400<br>Greenwich, CT 06830 | Dave<br>collections@toptiercap.org<br>516-457-9469 | | | | | $80,000.00 |
| 6 | Barket Epstein<br>666 Old Country Rd., Ste. 700<br>Garden City, NY 11530 | Lori Tyras<br>ltyras@barketepstein.com<br>516-745-1500 | | | | | $30,000.00 |
| 7 | Highland Hills<br>86 Chambers St., Ste. 205<br>New York, NY 10007 | Gabriel Mendelberg<br>gabe@mendelberglaw.com<br>646-791-3611 | | | | | $171,000.00 |
| 8 | Kings Funding Group LLC<br>4441 Purves St., Apt. 2303<br>Long Island City, NY 11101-2993 | Daniil Pantaleev<br>daniil@kingsfundinggroup.com | | | | | $60,000.00 |

Debtor  Jill's Office, LLC
        Name

Case number (*if known*) 25-21625

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | LevelEx Funding <br> 1274 49th St., Pmb #665 <br> Brooklyn, NY 11219 | John <br> admin@levelexfunding.com | | | | | $10,000.00 |
| 10 | Novac Equities <br> 1 SE 3rd Avenue <br> Miami, FL 33131 | office@novacequities.com | | | | | $40,000.00 |
| 11 | Premium Merchant Funding 26, LLC <br> 55 Water St., 50th Fl. <br> New York, NY 10041 | info@pmfus.com <br> (212) 931-6864 | | | | | $40,000.00 |
| 12 | Smart Business <br> 561 NE 79th Street <br> Miami, FL 33138 | Muretta Johnson <br> muretta@tritonrecoveryllc.com <br> 786-376-8060 Ext 199 | | | | | $11,407.00 |
| 13 | The Boyer Company <br> 101 S. 200 E., Ste. 200 <br> Salt Lake City, UT 84111 | Cameron Cook <br> cameroncook@boyercompany.com <br> 801-866-6984 | real property lease | | | | $84,000 |
| 14 | American Express <br> PO Box 981531 <br> El Paso, TX 79998-1531 | 1-800-297-6200 | trade debt | | | | $86,000 |
| 15 | Ramp <br> 28 West 23rd St. <br> New York, NY 10010 | | | | | | $20,000 |
| 16 | Newity <br> PO Box 171679 <br> Boston, MA 02117 | Karen Bassette <br> kbassette@newitymarket.com <br> 773-839-4639 Ext. 629 | | | | | $150,000 |
| 17 | OnDeck <br> 4700 W. Daybreak Pkwy. Ste. 200 <br> South Jordan, UT 84009 | Shay Cooley <br> scooley@enova.com <br> 303-823-4968 | | | | | $23,000 |
| 18 | Funbox <br> 5760 LEgacy Dr. Ste. B3-535 <br> Plano, TX 75024 | payments@email.funbox.com <br> 855-908-3533 | | | | | $23,000 |
| 19 | Finally <br> 78 SW 7th St. <br> Miami, FL 33130 | Charles King <br> charles.king@finally.com <br> 251--292-9408 | | | | | $80,000 |
| 20 | Bill <br> 5805 Sepulveda Blvd. 4th Fl. <br> Sherman Oaks, CA 91411 | Michael Lang <br> michael.lang@caine-weiner.com <br> 972-764-9365 | | | | | $75,000 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2