**Fill in this information to identify the case:**

Debtor name ___Jills Office LLC___

United States Bankruptcy Court for the: _____ District of __Utah__
(State)

Case number (If known): ___25-21625___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | America First | Checking | 1  5  4  7 | $2320.62 |
| 3.2. | America First | Savings | 1  5  4  7 | $1.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | HSW check reimbursement | $ 4,013.61 |
| 4.2. | | $ |

5. **Total of Part 1** — $ 6335.23

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | | $ |
| 7.2. | | $ |

Debtor _____Jill's Office_____     Case number (if known)____25-21625____
                    Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Last months rent for Boyer pre-payment _____     $ _____19,000_____

   8.2. Event Venue Copper Nickel _____     $ _____4034.34_____

9. **Total of Part 2.**    see additional sheet

   Add lines 7 through 8. Copy the total to line 81.                        $ | 25,259.44 |

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  $21,777.45$  –  $7,353.28$  = ........ ➡    $ _____14,424.17_____
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     $42,232.77$  –  $42,232.77$  = ........ ➡    $ _____0.00_____
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ | 14,424.17 |

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____     _____     $ _____

    14.2. _____     _____     $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1. _____     _____%     $ _____

    15.2. _____     _____%     $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____     _____     $ _____

    16.2. _____     _____     $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                      $ | _____ |

---

Debtor _____   Case number _(if known)_ _25-21625_____
Jill's Office
      Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples_: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor _____ Jill's Office _____ _____25-21625_____
           Name                                                            Case number (if known)

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Chairs, couches, cabinets, bookshelves, desks, cubicles, refrigerators | $_____ | fair market value | $ 10,200 |
| 40. **Office fixtures** Studio Lights | $_____ | fair market value | $ 300.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers, monitors, mice, headsets, camera, keyboards, printers, tv's | $_____ | fair market value | $ 25,975.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 36,475

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____    Case number _(if known)_____
        Name                Jill's Office                              25-21625

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Jill's Office
        Name

Case number *(if known)*  25-21625

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Call center- 960 W. White Dr. | lease | $ 0 | | $ 0 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Registered trademark for 'Jill's Office' used in connection with administrative and phone answering services | $ 0.00 | Estimated fair market value based on brand usage, revenue association, and cost to develop | $ 2,000 |
| 61. **Internet domain names and websites**<br>"Collection of approximately 35 internet domain names, including jillsoffice.com and other brand-related domains used for administrative service business and future branding initiatives. | $ 0.00 | Estimated fair market value based on resale value and branding potential | $ 6,100 |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer list of 697 active and 946 total clients, used in connection with recurring administrative and phone answering services. | $ | 5% of projected annual revenue based on recurring service relationships and list quality. | $ 200,000 |
| 64. **Other intangibles, or intellectual property**<br>Proprietary in-house call-handling and admin task software developed for internal use by Jill's Office | $ | Replacement cost, discounted for internal-use-only software with limited resale value. | $ 12,000 |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 220,100

---

Debtor ___Jill's Office_____     Case number *(if known)*____25-21625_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____     _____ – _____ = ➜     $_____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Tax loss - $204,922 | Tax year | 2021 | $  $0 |
| Tax Loss - $289,213 | Tax year | 2022 | $  $0 |
| Taxable Income - $132,807 | Tax year | 2023 | $  $0 |

73. **Interests in insurance policies or annuities**

_____     $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)** Dispute with business partners involving claims related to company mismanagement with Rob Phelps vs Brant & Autumn Thurgood. Litigation pending.

unknown

$_____

**Nature of claim**     "The Thurgoods value the suit at $0, and Phelps values it at $750,000___

**Amount requested**     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     $_____

**Nature of claim**     _____

**Amount requested**     $_____

76. **Trusts, equitable or future interests in property**

_____     $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____     $_____

_____     $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $__0_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

Debtor    Jill's Office
_____    Case number (if known) _25-21625_
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 6,335.23 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 25,259.44 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 14,424.17 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 36,375 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ..............................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 220,100 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column................ 91a. | $ _____ + 91b. | $ _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................    $ 266,118.84

**Jill's Office, LLC     25-21625**

Supplement to Schedule A/B

**Part 1 Cash and Cash Equivalents**

3.3 America First     Checking  9574   -2248.02
3.4 America First     Savings   9574   $6.14

**Part 2: Deposits and Prepayments**

8.3 Chicas Tacos $913.80
8.4 Canva (Pre-paid) until July 30.00
8.5 Streamyard  431.88 cancelled but access to it for the year
8.6 Figma 849.42 cancelled but access to it for the year

**Part 7:**

| | | | | |
|---|---|---|---|---|
| Computer Chairs | 100 | 30 | $3,000.00 | furniture |
| Couches | 8 | $100 | $800 | furniture |
| Sitting Chairs | 10 | $25 | $250 | furniture |
| Filing Cabinets | 10 | $30 | $300 | furniture |
| Bookshelves | 10 | $20 | $200 | furniture |
| Standing Desks | 16 | $100 | $1,600 | furniture |
| Cubicles | 50 | $75 | $3,750 | furniture |
| Desks | 1 | $100 | $100 | furniture |
| Refrigerators | 2 | $100 | $200 | furniture |
| | | | $10,200.00 | |
| Computers | 92 | $100 | $9,200 | computers equipment |
| Monitors | 285 | $30 | $8,550 | computers equipment |
| Keyboards | 120 | $5 | $600 | computers equipment |
| Mice | 120 | $5 | $600 | computers equipment |
| Headsets | 140 | $15 | $2,100 | computers equipment |
| Laptops | 22 | $150 | $3,300 | computers |

1

| | | | | equipment |
|---|---|---|---|---|
| Printers | 8 | $50 | $400 | computer equipment |
| camera | 1 | 1000 | $1,000.00 | computers equipment |
| TVs | 3 | $75 | $225 | computers equipment |
| | | | $25,975.00 | |
| | | | | |
| lights | 3 | 100 | $300.00 | fixtures |

## Part 10: Intangibles

61.

---

## 🌐 Domain Name Valuation Chart for Schedule A/B – Part 10, Line 61

| Domain Name | Estimated Value |
|---|---|

### Tier 1 – Core Business & Brand Domains

| Domain Name | Estimated Value |
|---|---|
| jillsoffice.com | $1,500 |
| jillsoffice.io | $500 |
| jillsoffice.ai | $750 |
| jillsoffice.app | $300 |
| jillchat.com | $300 |
| jillphone.com | $250 |
| cheetahcalls.com | $200 |

2

| | |
|---|---|
| mydedicatedadmin.com | $250 |
| adminproacademy.com | $150 |
| milliondollaradmin.com | $150 |
| collectivestrong.com | $150 |
| smartprospector.net | $150 |
| smartpostman.net | $150 |
| jillsofficehub.com | $100 |
| **Tier 1 Subtotal** | **$5,500** |

**Tier 2 – Supporting & Duplicate Domains**

| | |
|---|---|
| jillsoffice.net | $50 |
| jillsoffice.live | $25 |
| jillsoffice.co | $25 |
| jillsoffice.pro | $25 |
| jills-office.com | $25 |
| jillsofficechat.com | $25 |
| collectivestrong.org | $25 |
| collectivestrong.net | $25 |
| bettertogethers.us | $25 |

| | |
|---|---|
| freedomfreaks.org | $25 |
| freedomfreaks.live | $25 |
| mydedicatedadmin.org | $25 |
| mydedicatedadmin.net | $25 |
| mydedicatedadmin.info | $25 |
| proactivehomeutah.org | $25 |
| proactivehomeutah.info | $25 |
| proactivehomeutah.com | $25 |
| proactivehomesutah.com | $25 |
| proactivehomemaintence.net | $10 |
| proactivehomemaintence.info | $10 |
| proactivehomemaintence.com | $25 |
| smartoffice.help | $25 |
| responsijill.com | $25 |
| **Tier 2 Subtotal** | **$600** |
| **Total Estimated Value (All Domains)** | **$6,100** |

**Fill in this information to identify the case:**

Debtor name _____ Jill's Office, LLC _____

United States Bankruptcy Court for the: _____ District of __Utah___
(State)

Case number (If known): _____25-21625_____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
CFT Clear  Finance Technology Corp.

Creditor's mailing address
33 Younge Street, Suite 1302
Toronto, ON M5E 1G4, Canada

Creditor's email address, if known
payments@clear.co

Date debt was incurred_____

Last 4 digits of account
number      ___  ___  ___  ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor,
and its relative priority.
See notation to right
—

Describe debtor's property that is subject to a lien
XXXXXXXXXXXXXXXXX

All assets including accounts

Describe the lien
Filed UCC

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90,000          $ 0

Priority:
1. Stripe Servicing, Inc.
2. U.S. Small Business Administration
3. Northeast Bank
4. Nebula Financing LLC
5. Premium Merchant Funding 26, LLC
6. Elite Funding
7. USA
8. CFT Clear Finance Technology Corp.
9. Daytona Funding Solutions
10.      Smart Business
11.      Kings Funding Group
12.      Thurgood Family Trust
13.      Highland Hills
14.      LevelEx Funding
15.      Novac Equities
16.      OnDeck Capital
17.      Fundbox

**2.2** Creditor's name
Daytona Funding Solutions Corporation

Creditor's mailing address
266 Broadway, Ste. 401

Brooklyn, NY 11211

Creditor's email address, if known
Chris@thedaytonafunding.com

Date debt was incurred     Jan 2025

Last 4 digits of account
number      ___  ___  ___  ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this
   creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is
   specified on lines _2-1

Describe debtor's property that is subject to a lien
XXXXXXXXXXXXXXXXXXXXXXXXX

All Assets including accounts

Describe the lien
Filed  UCC

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 117,000          $ 0

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 3,116,720.20

Debtor    Jill's Office, LLC
Name

Case number (if known)   25-21625

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | **Creditor's name**

__Elite Funding__

**Creditor's mailing address**
500 W. Putnam Avenue, Suite 400
Greenwhich, CT 06830

**Creditor's email address, if known**
collections@toptiercap.org

**Date debt was incurred**   __1/2025__

**Last 4 digits of account number**   ▢ ▢ ▢ ▢

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**
XXXXXXXXXXXXXXXXXXXXXXX
All assets including accounts

$ 80,000    $ 0

**Describe the lien**
Filed UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.4** | **Creditor's name**

__Fundbox Capital__

**Creditor's mailing address**
5760 Legacy Dr. Ste. B3-535
Plano, TX 75024

**Creditor's email address, if known**
payments@email.fundbox.com

**Date debt was incurred**   _____

**Last 4 digits of account number**   ▢ ▢ ▢ ▢

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☒ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**
accounts

$ 40,000    $ 0

**Describe the lien**
Filed UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Jill's Office, LLC
          Name                                    Case number (if known)   25-21625

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** | **Creditor's name**

Galt Funding Co.

**Creditor's mailing address**

10214 Bluff Rd,

Eden Prarie, MN 55347-5004

**Creditor's email address, if known**

collections@acerecoverygrp.com

**Date debt was incurred**   unknown

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☒ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Accounts                                     $ 40,000          $ 0
_____

_____

_____

**Describe the lien**
UCC

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

---

**2.6** | **Creditor's name**

Highland Hills

**Creditor's mailing address**

86 Chambers St, Ste, 205

New York, NY 10007

**Creditor's email address, if known**

gabe@mendelberglaw.com

**Date debt was incurred**   _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.
    Unknown- UCC likely filed through generic filer like CT Corporation

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

accounts                                     $ 171,000         $ 0
_____

_____

_____

**Describe the lien**
UCC

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    Jill's Office, LLC
Name

Case number *(if known)*    25-21625

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7**

**Creditor's name**

King's Funding Group

**Describe debtor's property that is subject to a lien**

all tangible and intangible assets

$ 60,000       $ 0

**Creditor's mailing address**

4441 Purves St., Spt. 2303

Long Island City, NY 11101-2993

**Describe the lien**

UCC

**Creditor's email address, if known**

daniil@kingsfundinggroup.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   3/14/2025

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☒ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**

LevelEx Funding

**Describe debtor's property that is subject to a lien**

accounts

$ 10,000       $ 0

**Creditor's mailing address**

1274 49th St, Pmb #665

Brooklyn, NY 11219

**Describe the lien**

UCC- presumably

**Creditor's email address, if known**

admin@levelexfunding.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   unknown

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority. Priority unknown; UCC likely filed in generic name like CT Corporation

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor _____   Case number _(if known)_ __25-21625__
        Bill's Office, LLC
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name**

Nebula Financing LLC

**Creditor's mailing address**

3200 Bristol St. Ste. 690

Costa Mesa, CA 92626

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☒ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

accounts, general intangibles

_____

_____

$ 0            $ 0

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

---

**2.10**

**Creditor's name**

Northeast Bank

**Creditor's mailing address**

One Marina Park Dr. Floor 8

Boston, MA 02210

**Creditor's email address, if known**

_____

**Date debt was incurred** Oct. 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☒ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

accounts, machinery, equipment, etc.

_____

_____

$ unknown       $ unknown

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

---

Debtor _____Jill's Office, LLC_____   Case number _(if known)_ __25-21625___
        Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** Creditor's name

OnDeck Capital

**Creditor's mailing address**

4700 W. Daybreak Pkwy. Ste. 200

South Jordan, UT 84009

**Creditor's email address, if known**

scooley@enova.com

**Date debt was incurred**   unknown

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

accounts                                        $ 23,000      $ 0

_____

_____

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.12** Creditor's name

Premium Merchant Funding 26, LLC

**Creditor's mailing address**

55 Water St, 50th Fl.

New York, NY 10041

**Creditor's email address, if known**
info@pmfus.com

**Date debt was incurred**   Dec. 2024

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

accounts                                        $ 40,000      $ 0

_____

_____

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Debtor    Jill's Office, LLC
Name

Case number (if known) 25-21625

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** **Creditor's name**

Smart Business

**Describe debtor's property that is subject to a lien**

Accounts

$ 11,407    $ 0

**Creditor's mailing address**

561 NE 79th Street

Miami, FL 33138

**Describe the lien**
UCC

**Creditor's email address, if known**

muretta@tritonrecoveryllc.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Mar. 2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☒ Yes. The relative priority of creditors is specified on lines 2.1

**2.14** **Creditor's name**

Stripe Servicing, Inc.

**Describe debtor's property that is subject to a lien**

accounts

$ 7,293.58    $7,293.58

**Creditor's mailing address**

199 Water St., Floor 30

New York, NY 10038

**Describe the lien**
UCC

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** July 2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☒ Yes. The relative priority of creditors is specified on lines 2.1

Debtor  Jill's Office, LLC
_____
Name

Case number *(if known)* __25-21625__

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** | **Creditor's name**

Thurgood Family Trust

**Creditor's mailing address**

1889 S 910 W Unit B

Syracuse, UT 84075

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☒ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

_____

_____

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
- ☐ No
- ☒ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: $ 1,900,019.62

Column B: $ 0

---

**2.16** | **Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

1545 Hawkins Blvd. Suite 202

El Paso, TX 79925

**Creditor's email address, if known**

john.gygi@sba.gov

**Date debt was incurred** Nov. 2021

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☒ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

All assets including accounts

_____

_____

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: $ 527,000

Column B: $ 527,000

---

Debtor    Jill's Office, LLC
        Name                                          Case number *(if known)*   25-21625

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value | **that supports this** |
| | | of collateral. | **claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** **Creditor's name**

USA

**Describe debtor's property that is subject to a lien**

Accounts Receivable                             $ 0          $ 0

**Creditor's mailing address**

1274 49th St., #197

Brooklyn, NY 11219

**Describe the lien**

UCC

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   January 2025

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**2.18** **Creditor's name**

Samson MCA LLC

**Describe debtor's property that is subject to a lien**

accounts                                        $ 0          $ 0

**Creditor's mailing address**

17 State St. Ste. 630

New York, NY 10004

**Describe the lien**

UCC

**Creditor's email address, if known**

astrid@bblawpllc.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   9/2023

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  _Notice   only;   no   debt   owed_
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor      Jill's Office, LLC
            Name

Case number (if known)    25-21625

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    Jill's Office LLC

United States Bankruptcy Court for the: _____ District of   Utah
                                                          (State)

Case number   25-21625
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Argyle, Savannah
44 S Bonneville Ln
Kaysville, UT 84037

**As of the petition filing date, the claim is:** $1,147.10    $1,147.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid wages earned pre-petition

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

**2.2**   Priority creditor's name and mailing address
Baird, Ashlee
1133 Custer Ave
Ogden, UT 84404

**As of the petition filing date, the claim is:** $1,064.98    $1,064.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid wages earned pre-petition

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

**2.3**   Priority creditor's name and mailing address
Barlow, Berkley
147 W 5050 S
Ogden, UT 84405

**As of the petition filing date, the claim is:** $1,580.29    $1,580.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid wages earned pre-petition

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**24** Priority creditor's name and mailing address

$ **$2,131.24**      $ **$2,131.24**

Bateman, Emily

1012 Grants Ln

Syracuse, UT 84075

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** Unpaid wages and employer benefit contributions (IRA/HSA) through 2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**25** Priority creditor's name and mailing address

$ **$1,403.42**      $ **$1,403.42**

Bateman, Loren

1012 Grants Ln

Syracuse, UT 84075

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid wages earned pre-petition

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**26** Priority creditor's name and mailing address

$ **1312.86**      $ **1312.86**

Blomquist, Ricky

106 Hockey Puck Way

Benson, NC 27504

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
1/8/25

**Basis for the claim:**
unpaid wages earned pre-petition

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.7** Priority creditor's name and mailing address

$ **$1,315.23**      $ **$1,315.23**

Bontrager, Alyson

711 N 1250 W

Clearfield, UT  84015

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid wages earned pre-petition

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

Debtor    Jill's Office _____    Case number *(if known)* __25-21625__
        Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address                     $ 3575.87    $ 3575.87

Brinker, Heather

1437 North 250 West
Layton, UT 84041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/31/24

Basis for the claim:
unpaid pre-petition IRA payments

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.9** Priority creditor's name and mailing address                     $ 3,078.73    $ 3,078.73

Brower, Kristi

5180 S 2975 W
Roy, UT 84067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim:
Unpaid wages and employer benefit contributions (IRA/HSA) through 2025

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.10** Priority creditor's name and mailing address                     $ 5,618.76    $ 5,618.76

Bybee, Jadan
1280 S 2900 W
    Ogden, UT 84401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim:
Unpaid wages and employer benefit contributions (IRA/HSA) through 2025

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.11** Priority creditor's name and mailing address                     $ 4,510.52    $ 4,510.52

Card, Holly
5542 S 4175 W
    Roy, UT 84067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim:
Unpaid wages and employer benefit contributions (IRA/HSA) through 2025

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12 Priority creditor's name and mailing address**

$ $1,116.61     $ $1,116.61

Carter, Jordan
221 W 800 N, APT 3
Clearfield, UT 84015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_5_)**

---

**2.13 Priority creditor's name and mailing address**

$ $1,075.62     $ $1,075.62

Cash, Kacilyn
1600 N 1575 W  Apt B103
Layton, UT 84041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_5_)**

---

**2.14 Priority creditor's name and mailing address**

$ $1,251.74     $ $1,251.74

Castro, Alexis
690 N 3900 W
Cedar City, UT  84721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_5_)**

---

**2.15 Priority creditor's name and mailing address**

$ $1,757.83     $ $1,757.83

Cendajas, Brenda
3059 Ogden Ave
Ogden, UT 84401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_5_)**

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16** Priority creditor's name and mailing address

Cervantes, Laura

5933 S 2875 W

Roy, UT 84067

**Total claim** $1,298.90   **Priority amount** $1,298.90

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.17** Priority creditor's name and mailing address

Collins, Pam

6019 S Wasatch Drive Apt A301

South Ogden, UT  84403

**Total claim** $685.57   **Priority amount** $685.57

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.18** Priority creditor's name and mailing address

Conrad, Jennifer

5000 S 1900 W APT 27

Roy, UT 84067

**Total claim** $1,223.40   **Priority amount** $1,223.40

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.19** Priority creditor's name and mailing address

Cozzens, Michael

2155 Grant Ave Apt 121

Ogden, UT 84401

**Total claim** $1,256.05   **Priority amount** $1,256.05

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

| Debtor | Jill's Office | Case number (if known) | 25-21625 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

### 2.20  Priority creditor's name and mailing address

**Total claim** $1,012.80    **Priority amount** $1,012.80

Dangel, Bailey
2702 W 4375 S
Roy, UT 84067

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

### 2.21  Priority creditor's name and mailing address

**Total claim** $1,314.27    **Priority amount** $1,314.27

Delgado, Mariah
1807 W 4650 S
Roy, UT 84067

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

### 2.22  Priority creditor's name and mailing address

**Total claim** $3,301.90    **Priority amount** $3,301.90

Dental Insurance
Ameritas Life Insurance Corp
PO BOX 650730 Dallas TX, 75265-0730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Jan-March 2025

**Basis for the claim:**
unpaid dental benefit contribution pre-petition

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

### 2.23  Priority creditor's name and mailing address

**Total claim** $ 494.2    **Priority amount** $ 494.2

Diaz, Cynthia
8483 SW Hemlock St, Apt A
Portland, Oregon 97223 -5835

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/31/24

**Basis for the claim:**
unpaid pre-petition IRA payment

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                               **Total claim**        **Priority amount**

---

**2._24_** Priority creditor's name and mailing address       $ $1,329.74    $ $1,329.74

Erickson, McKenna
1180 W 1600 N AptB1
Layton, UT 84041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _5_ )

---

**25** Priority creditor's name and mailing address       $ $1,347.89    $ $1,347.89

Fernandez, Samaria
1015 S 550 W
Tremonton, UT 84337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/27

**Basis for the claim:** Unpaid wages and employer benefit contributions (IRA/HSA) through 2025

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _5_ )

---

**2._26_** Priority creditor's name and mailing address       $ $1,300.99    $ $1,300.99

Finger, Amanda
231 W 12th St APT 228
Ogden, UT 84404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _5_ )

---

**2._27_** Priority creditor's name and mailing address       $ $1,182.97    $ $1,182.97

Gasu, Cassidy
1784 N 350 W
Layton, UT 84041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _5_ )

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

2._  **28**
**Priority creditor's name and mailing address**          $ 2,599.62          $ 2,599.62

Gordon, Paige
2620 N Commerce Ave
Cedar City, UT 46 84721

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** Unpaid wages and employer benefit contributions (IRA/HSA) through 2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

2._ **29**
**Priority creditor's name and mailing address**          $ 1,582.18          $ 1,582.18

Grey, Kayden
427 27th St, Unit 2
Ogden, UT 84401

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

2._ **30**
**Priority creditor's name and mailing address**          $ 1,270.39          $ 1,270.39

Guiterrez, Diana
1672 S 225 W
Clearfield, UT 84015

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

2._ **31**
**Priority creditor's name and mailing address**          $ 3109.6          $ 3109.6

Hansen, Kyler
510 W 550 N
Logan, UT 84321

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition IRA payments

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

| Debtor | _____ Name | Case number *(if known)* 25-21625 |
|---|---|---|

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** / **Priority amount**

---

**2.32  Priority creditor's name and mailing address**     $ 6,230.40     $ 6,230.40

Heiner, Jennifer
1022 Collins Blvd
Ogden, UT 84404

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**  3/27/25

**Basis for the claim:** Unpaid wages and employer benefit contributions (IRA/HSA) through 2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.33  Priority creditor's name and mailing address**     $ 1,091.17     $ 1,091.17

Hess, Thomas
1672 S 225 W
Clearfield, UT 84015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.34  Priority creditor's name and mailing address**     $ 1,562.50     $ 1,562.50

Hoffman, Stephanie
4111 W 25 N
Cedar City, UT 84720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**  3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.35  Priority creditor's name and mailing address**     $ 1,428.41     $ 1,428.41

Holguin, Alyssa
2370 S 500 W
Clearfield, UT 84015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**  3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.36** Priority creditor's name and mailing address

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

$ 200,000     $ 200,000

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Q1 for 2025

**Basis for the claim:**
Estimated Q1 2025 federal employment taxes (Form 941) – wages earned pre-petition

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.37** Priority creditor's name and mailing address

Jeppesen, Michelle
1921 W 550 N
West Point, UT 84015

$ 1500     $ 1500

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/31/24

**Basis for the claim:**
unpaid prepayment

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.38** Priority creditor's name and mailing address

Johnson, Sarah
740 Plummer Rd NW Apt 12017
Huntsville Al, 35806

$ $1,562.50     $ $1,562.50

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.39** Priority creditor's name and mailing address

Johnson, Elizabeth
1921 W 550 N
West Point, UT 84015

$ 1080     $ 1080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/31/24

**Basis for the claim:**
unpaid IRA payments

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

| Part 1. | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**40** Priority creditor's name and mailing address

Laiez, Giselle

2370 S 500 W

Clearfield, UT 84015

$ **1,502.46**    $ **1,502.46**

**As of the petition filing date, the claim is:**
Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**41** Priority creditor's name and mailing address

Loertscher, Angela

2583 Remuda Dr

Ogden, UT 84404

$ **963.67**    $ **963.67**

**As of the petition filing date, the claim is:**
Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**42** Priority creditor's name and mailing address

Madrigal Garcia, Maura

1065 Wall Ave, Trir 111

Ogden, UT 84404

$ **1,025.01**    $ **1,025.01**

**As of the petition filing date, the claim is:**
Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**43** Priority creditor's name and mailing address

Martinez, Herlinda

2270 S 1100 W Apt A114

Ogden, UT 84404

$ **1,136.61**    $ **1,136.61**

**As of the petition filing date, the claim is:**
Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

| Part 1. | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.44** Priority creditor's name and mailing address

Martinez, Sara

8620 W Bowie Dr

Magna, Dr 84044

$ **$1,179.02**    $ **$1,179.02**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.45** Priority creditor's name and mailing address

Maughan Jessa

4285 N. Thanksgiving Way

Lehi, UT 84043

$ 2081.88    $ 2081.88

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
12/31/24

**Basis for the claim:**
unpaid pre-petition IRA payments

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.46** Priority creditor's name and mailing address

Mcclure, Kaia

3566 Brookshire Dr

Syracuse, UT 84075

$ **$1,003.02**    $ **$1,003.02**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.47** Priority creditor's name and mailing address

Mccully, Lacey

236 N Harrison Blvd

Ogden, UT 84404

$ **$897.88**    $ **$897.88**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

Debtor _____ Jill's Office LLC _____
        Name

Case 25-21625    Doc 34    Filed 04/15/25    Entered 04/15/25 17:02:30    Desc Main
Case number _(if known)_ ___ 25-21625 ___
Document    Page 35 of 120

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.48** Priority creditor's name and mailing address

Mick, Ryan
314 E 38th St
Ogden, UT 84405

Total claim: $1,369.31    Priority amount: $1,369.31

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 5 **)**

---

**2.49** Priority creditor's name and mailing address

Milosevic, Cassie
165 Patterson St
Ogden, UT 84401

Total claim: $817.63    Priority amount: $817.63

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/25/27

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 5 **)**

---

**2.50** Priority creditor's name and mailing address

Mojica, Raquel
1168 W 2250 N
Clearfield, UT 84015

Total claim: $1,368.00    Priority amount: $1,368.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 5 **)**

---

**2.51** Priority creditor's name and mailing address

Morgan, Jalan
20 Hurricane Aly
Benson, NC 27504

Total claim: $30,264.82    Priority amount: 15,114.82

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1/8/25 payroll, and Q1 of 2025

**Basis for the claim:**
unpaid pre-petition wages and IRA payments

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 5 **)**

| Part 1. | Additional Page |
|---------|-----------------|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.52** Priority creditor's name and mailing address

Owens, Teriann

174 E Gordon Ave

Layton, UT 84041

Total claim $1,438.61    Priority amount $1,438.61

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.53** Priority creditor's name and mailing address

Padalkar, Sarang Suhas

6701 S Custer Rd Apt 6115

Mckinney TX, 75070

Total claim $8,131.17    Priority amount $8,131.17

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim: Unpaid wages and employer benefit contributions (IRA) through 2025

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.54** Priority creditor's name and mailing address

Parkinson, Keegan

3474 Adams Ave

Ogden, UT 84403

Total claim $2,910.72    Priority amount $2,910.72

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim:
unpaid pre-petition wages and missing IRA payments

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.55** Priority creditor's name and mailing address

Pattison, Abigail

188 N 4875 W

Clearfield, UT 84015

Total claim $662.98    Priority amount $662.98

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim:
unpaid pre-petition wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

| Debtor | Jill's Office LLC | Case number *(if known)* | 25-21625 |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.56**   Priority creditor's name and mailing address    $ $1,307.33    $$1,307.33

Peck, Tabatha

2437 N Charleston Ave

Ogden, UT 84414

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.57**   Priority creditor's name and mailing address    $ $1,157.80    $$1,157.80

Rankin, Hope

446 30th St

Ogden, UT 84404

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:** unpaid pre-petition wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.58**   Priority creditor's name and mailing address    $ 30,000    $

Regence BlueCross BlueShield

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
March 2025

**Basis for the claim:** unpaid employee medical

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.59**   Priority creditor's name and mailing address    $ 15903.84    $ 753.84

Reynolds, Simeon

1318 23Rd St

Ogden, UT 84401

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Q4 of 2024 & Jan 2025

**Basis for the claim:** unpaid IRA paymnets

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

| Debtor | Jill's Office | Case number *(if known)* | 25-21625 |
| | Name | | |

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**60** Priority creditor's name and mailing address

Rigby, Mary
1983 N 325 W
Harrisville, UT 84414

**Total claim** $1,300.03   **Priority amount** $1,300.03

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

Basis for the claim:
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**61** Priority creditor's name and mailing address

Rivera, Nicole
1336 West 2000 North
Clinton, UT 84015

**Total claim** $9,265.90   **Priority amount** $9,265.90

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

Basis for the claim:
unpaid pre-petition and IRA payments

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.__ 62** Priority creditor's name and mailing address

Rojas, Gwendalyn
102 E 2200 S
Clearfield, UT 84015

**Total claim** $2,708.60   **Priority amount** $2,708.60

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

Basis for the claim:
Unpaid pre-petition wages and IRA payments

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2. 63** Priority creditor's name and mailing address

Rojas, Jennifer
1672 S 225 W
Clearfield, UT 84015

**Total claim** $2,923.51   **Priority amount** $2,923.51

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

Basis for the claim:
Unpaid pre-petition wages and IRA payments

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

Debtor _____    Case number _(if known)_ ___25-21625___
Jill's Office
Name

| Part 1. | Additional Page |

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

**2.64** Priority creditor's name and mailing address

Romero, Shalees
413 North 700 West
Clearfield, UT 85015

$ **$3,015.55**    $ **$3,015.55**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages and IRA payments

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _5_ )

---

**2.65** Priority creditor's name and mailing address

Roper, Samantha
1745 E 5650 S
Ogden, UT 84403

$ **$1,409.91**    $ **$1,409.91**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _5_ )

---

**2.66** Priority creditor's name and mailing address

Routson, Anna
1353 Cahoon St
Ogden, UT 84401

$ **$1,618.34**    $ **$1,618.34**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _5_ )

---

**2.67** Priority creditor's name and mailing address

Schryver, Amanda
1459 E 2800 N
Layton, UT 84401

$ **$1,404.23**    $ **$1,404.23**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
Unpaid pre-petition wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _5_ )

---

Debtor _____     Case number _(if known)_ _____
        Jill's Office LLC
        Name

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**68**

2._  **Priority creditor's name and mailing address**          $1,317.26     $1,317.26

Shaughnessy, Lincon

796 Kirk St

Layton, UT 84041

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
Unpaid pre-petition wages

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**69**

2._  **Priority creditor's name and mailing address**          $1,129.42     $1,129.42

Sieverts, Emily

840 28th St

Ogden, UT 84403

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**70**

2._  **Priority creditor's name and mailing address**          $1,244.23     $1,244.23

Silos, Levi

3059 Ogden Ave

Ogden, UT 84401

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
Unpaid pre-petition wages

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**71**

2._  **Priority creditor's name and mailing address**          $1500     $1500

Smith, Jacqueline

1041 E 3300 N

North Ogden, UT 84414

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
3/27/25

**Basis for the claim:**
Unpaid pre-petition wages

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

Debtor _____ Jill's Office LLC _____
Name

Case number (if known) ___25-21625___

## Part 1. | Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**72** Priority creditor's name and mailing address

Vaughn, Abigail

3647 S 1930 W, Unit 48

Roy, UT 84067

**Date or dates debt was incurred**
3/27/25

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid pre-petition wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ $829.98   $ $829.98

---

**2.73** Priority creditor's name and mailing address

Vezzani, Timothy

132 S. Dry Creek Lane

Orem UT, 84059

**Date or dates debt was incurred**
1/8/25

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid pre-petition HSA payment

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 600   $ 600

---

**2.74** Priority creditor's name and mailing address

Vigil, Keri

1124 W 450 N

Clearfield, UT 84015

**Date or dates debt was incurred**
3/27/25

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid pre-petition wages & IRA payments

**Is the claim subject to offset?**
☑ No
☐ Yes

$ $2,256.38   $ $2,256.38

---

**2.75** Priority creditor's name and mailing address
Vision Insurance

Ameritas Life Insurance Corp

PO BOX 650730 Dallas TX, 75265-0730

**Date or dates debt was incurred**
Q1 of 2025

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid pre-petition vision employee benefit

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3500   $ 3500

---

**Part 1.**   **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.76**  Priority creditor's name and mailing address

Wagner, Mallory

1300 S 1800 E Apt C207

Clearfield, UT 84015

Total claim $ $998.81    Priority amount $ $998.81

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim:
Unpaid pre-petition wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

**2.77**  Priority creditor's name and mailing address

Walker, Emily

153 W 750 N

Clearfield, UT 84015

$ $1,460.60    $ $1,460.60

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim:
Unpaid pre-petition wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

**2.78**  Priority creditor's name and mailing address

Walters, Alexis

1550 S 1000 E

Clearfield, UT 84015

$ $1,264.70    $ $1,264.70

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim:
Unpaid pre-petition wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

**2.79**  Priority creditor's name and mailing address

Woodruff, Korrie

1614 N 450 E

Ogden, UT 84404

$ $1,378.76    $ $1,378.76

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/25

Basis for the claim:
Unpaid pre-petition wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

Debtor     Jill's Office LLC
           _____
           Name

Case number *(if known)* 25-21625

---

**Part 1.** | **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.__ 80**  Priority creditor's name and mailing address

$ $1,328.53    $ $1,328.53

Zieber, Isabel
_____
117 S 100 W
_____
Cedar City, UT 84720
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
    3/27/25

**Basis for the claim:**
Unpaid pre-petition wages
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  5  )**

---

**2.__ 81**  Priority creditor's name and mailing address

$ 540.05    $ _____

Texas Workforce Commission Tax Department
_____
PO BOX 8870
_____
Corpus Christi TX 78468-8870

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
    Dec 2024

**Basis for the claim:**
unpaid state employment taxes
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  8  )**

---

**2.__**  Priority creditor's name and mailing address

$ _____    $ _____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__**  Priority creditor's name and mailing address

$ _____    $ _____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

| Debtor | Jim's Office 123 | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
Amazon

PO Box 81226
Seattle, WA 98108-1226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **$9,390.85**

Basis for the claim: Unpaid product and supply purchases

Date or dates debt was incurred    11/1/24 - 3/1/25

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
Blomquist Hale Consulting Group, Inc.

310 E 4500 S STE #570
Murray, UT 84107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **$2,693.30**

Basis for the claim: Unpaid employee support and consulting services

Date or dates debt was incurred    Feb 2025, January 2025, August 2024, April 2024, March 2024, Feb 2024,

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address
Capital Premium-Mtn Ridge Insurance

12235 S. 800 E.
Draper, UT 84020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4435.84**

Basis for the claim: Unpaid commercial cyber insurance

Date or dates debt was incurred    Q1 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address
JMI Property Services

335 East St. George Blvd Ste 301
St. George Utah 84770

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

$ **12,000**

Basis for the claim: Unpaid commercial rent for business location

Date or dates debt was incurred    Sep 2024 to March 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address
Comcast Corporation

PO BOX 70219
Philadelphia PA 19176-0219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **13818.24**

Basis for the claim: Unpaid internet and business services

Date or dates debt was incurred    unknown

Last 4 digits of account number    6 __ 0 __ 0 __ 9

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**

Nonpriority creditor's name and mailing address
EOS

5005 Lyndon B Johnson Fwy
Dallas, TX 75244

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **694.66**

Basis for the claim: unpaid employee benefit

Date or dates debt was incurred    Jan & Feb 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____
Name

Case 25-21625  Doc 34   Filed 04/15/25   Entered 04/15/25 17:02:30   Desc Main
Case number *(if known)* _____
Document     Page 45 of 120

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Google Ads and Cloud

1600 Amphitheatre Parkway
Mountain View CA 94043

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ **$1276.45**

**Basis for the claim:** Unpaid google ads digital advertising services

**Date or dates debt was incurred** Jan 2025

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

John T. Szalan / Cucumber

195 Church Street, 13th Floor,
New Haven, CT 06510

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ **8400**

**Basis for the claim:** loan

**Date or dates debt was incurred** 2204

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

Meta

San Francisco, CA 94104
United States of America

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ **15079.55**

**Basis for the claim:** Outstanding balance on Meta business credit line

**Date or dates debt was incurred** Oct 2024-March 2025

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

NEC FINANCIAL SERVICES, LLC
P.O. BOX 100558
PASADENA, CA, 911890558

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ **28000**

**Basis for the claim:** Unpaid equipment financing lease

**Date or dates debt was incurred** August 2023

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

Northwestern Mutual

805 East Mason Street
Milwaukee, WI 53202

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ **2299.16**

**Basis for the claim:** Unpaid insurance for short term disability

**Date or dates debt was incurred** Jan, Feb, March 2025

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor _____ Name

Case number _(if known)_ _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

Paycore

4811 Montgomery Rd.
Cincinnati, Ohio 45212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 2472.45

**Basis for the claim:** Unpaid payroll processing services

Date or dates debt was incurred    Jan & March 2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.___** | **Nonpriority creditor's name and mailing address**

Robison Waste

2719 N. FAIRFIELD ROAD
LAYTON, UT 84041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 513.06

**Basis for the claim:** Unpaid commercial waste removal services

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

Towne Storage Clearfield

280 S State Street
Clearfield, UT 84015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 411.8

**Basis for the claim:** Unpaid storage unit fees for storing cubicles

Date or dates debt was incurred    Jan, Feb, March 2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

Twilio Inc

101 Spear Street, Suite 500

San Fransisco CA 94105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,170.84

**Basis for the claim:** Unpaid communications and messaging services

Date or dates debt was incurred    Jan, Feb, March 2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

VASA

1259 S. 800 E.
Orem Utah 84097

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ $237.06

**Basis for the claim:** _____

Date or dates debt was incurred    Jan 2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____    Case number (if known) _____
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.17** Nonpriority creditor's name and mailing address
Zions Bank

Outsource Receivables Management
 PO BOX 166 Ogden Ut 84402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____ Business account overdraft sent to collections

$ _____ $951.44

Date or dates debt was incurred    Jan 2025

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
Zions Bank

1 South Main St
Salt Lake City UT 84133-1109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: "Funds from HELOC used for business operations – insider obligation

$ _____ $415,000

Date or dates debt was incurred    07/27/24

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
Hanover Insurance
PO Box 580045
Charlotte, NC 28258-0045

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Past due BOP and workers comp insurance

$ _____ 3334.40

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
Hartford Insurance
One Hartford Plaza
Hartford, CT 06155

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: past due life insurance

$ _____ 1088

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____   Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.21** | **Nonpriority creditor's name and mailing address**

American Express
P.O. Box 981531
El Paso TX 79998-1531

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Credit card for running business operations

Date or dates debt was incurred   The year of 2024
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 85,000

---

**3.22** | **Nonpriority creditor's name and mailing address**

Chase Credit Card
Mail Code LA4-7200, 700 Kansas Lane,
Monroe, LA 71203.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card for running business operations

Date or dates debt was incurred   During the year of 2024
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,000

---

**3.23** | **Nonpriority creditor's name and mailing address**

Newity
PO Box 171679
Boston MA 02117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 150,000

---

**3.24** | **Nonpriority creditor's name and mailing address**

Ramp
28 West 23rd St.
New York, NY 10010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** past due life insurance

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 20,000

---

**3.25** | **Nonpriority creditor's name and mailing address**

Finally
78 SW 7th Street
Miami FL 33130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 80,000

---

| Debtor | Office 21626 | | Case number (if known) 25-21626 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.26** Nonpriority creditor's name and mailing address

Bill

5805 Sepulveda Blvd, 4th Fl Sherman
Oaks, CA 91411

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 75,000

Basis for the claim: _Business account overdraft sent to collections_

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

Barket Epstein

666 Old Country Road, Suite 700
Garden City NY 11530

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 30,000

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _past due life insurance_

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | Iila's Office, LLC | Case number (if known) | 25-21625 |
|---|---|---|---|
| | Name | | |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____Jill's Office_____    Case number *(if known)*____25-21625____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 418,822.80 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 991,267.10 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,410,089.90 |

**Fill in this information to identify the case:**

Debtor name ___Jill's Office___

United States Bankruptcy Court for the: _____ District of __Utah__
(State)

Case number (If known): ___25-21625___    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Business rental lease<br>To conduct operations<br>9/1/28 | Boyer Corporate Office<br>101 S. 200 E. Ste 200<br>Salt Lake City, UT 84111 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Business rental lease<br>To conduct operations<br>Ends August 2027 | JMI Property Services<br>335 East St. George Blvd Ste 301<br>St. George Utah 84770 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BOP Insurance<br>policy holder<br>month to month | Hanover Insurance Company<br>440 Lincoln Street<br>Worcester, MA 01653 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Workers Comp Insurance<br>policy holder<br>month to month | Hanover Insurance Company<br>440 Lincoln Street<br>Worcester, MA 01653 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Simple IRA Account<br>Policy holder<br>month to month | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI, 53202-4703, US |

| Debtor | Jill's Office, LLC | Case number *(if known)*   25-21625 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest

Employee Life Insurance
Policy Holder

State the term remaining

month to month

List the contract number of any government contract

Hartford
One Hartford Plaza
Hartford, CT 06155

---

**2.7**
State what the contract or lease is for and the nature of the debtor's interest

Cyber Policy
Policy holder

State the term remaining

month to month

List the contract number of any government contract

Capital Premium Insurance
12235 South 800 East
Draper, UT 84020

---

**2.8**
State what the contract or lease is for and the nature of the debtor's interest

Dental Insurance
Policy Holder

State the term remaining

month to month

List the contract number of any government contract

Ameritas
PO BOX 81889
Lincoln, NE 68501-1889

---

**2.9**
State what the contract or lease is for and the nature of the debtor's interest

Vision Insurance
Policy holder

State the term remaining

month to month

List the contract number of any government contract

Ameritas
PO BOX 81889
Lincoln, NE 68501

---

**2.10**
State what the contract or lease is for and the nature of the debtor's interest

Medical Insurance
Policyholder responsible for coverage

State the term remaining

Month to month

List the contract number of any government contract

Regence BlueCross BlueShield
P.O. Box 1106
Lewiston, ID 83501

---

**2.11**
State what the contract or lease is for and the nature of the debtor's interest

Venue rental agreement with
The Copper Nickel for company event
Renter, with event rescheduled as of petition date

State the term remaining

One-time use agreement, post-poned

List the contract number of any government contract

The Copper Nickel
2450 Grant Avenue
Ogden, UT 84401

---

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name __Jill's Office LLC__

United States Bankruptcy Court for the: _____ District of __Utah__
(State)

Case number (If known): __25-21625__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse    UT    84075 <br> City   State   ZIP Code | Federal employment taxes | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 Autumn Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse   UT    84075 <br> City   State   ZIP Code | Zions Loan | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse    UT    84075 <br> City   State   ZIP Code | SBA loan | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse    UT    84075 <br> City   State   ZIP Code | NEC Financial | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.5 Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse    UT    84075 <br> City   State   ZIP Code | Chase Bank | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse    UT    84075 <br> City   State   ZIP Code | CFT Clear Finance Technology Group | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    Jills Office LLC
          Name

Case number (if known) 25-21625

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 Autumn Thurgood | 1054 Grants Lane — Street / Syracuse UT 84075 — City State ZIP Code | Samson Funding/ Berkovitch | ☑ D ☐ E/F ☐ G |
| 2.8 Autumn Thurgood | 1054 Grants Lane — Street / Syracuse UT 84075 — City State ZIP Code | Capital Assist | ☐ D ☐ E/F ☐ G |
| 2.9 Autumn Thurgood | 1054 Grants Lane — Street / Syracuse UT 84075 — City State ZIP Code | ClearCo | ☑ D ☐ E/F ☐ G |
| 2.10 Autumn Thurgood | 1054 Grants Lane — Street / Syracuse UT 84075 — City State ZIP Code | Daytona Funding | ☑ D ☐ E/F ☐ G |
| 2.11 Autumn Thurgood | 1054 Grants Lane — Street / Syracuse UT 84075 — City State ZIP Code | Elite Funding | ☑ D ☐ E/F ☐ G |
| 2.12 Autumn Thurgood | 1054 Grants Lane — Street / Syracuse UT 84075 — City State ZIP Code | Barket Epstein | ☐ D ☐ E/F ☐ G |
| 2.13 Autumn Thurgood | 1054 Grants Lane — Street / Syracuse UT 84075 — City State ZIP Code | Highland Hills | ☑ D ☐ E/F ☐ G |
| 2.14 Autumn Thurgood | 1054 Grants Lane — Street / Syracuse UT 84075 — City State ZIP Code | Kings Funding | ☑ D ☐ E/F ☐ G |

| Debtor | Jills Office LLC | | Case number *(if known)* | 25-21625 |
|--------|------------------|--|---------------------------|----------|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | Mailing address | **Name** | *Check all schedules that apply:* |
| 2.15 | Autumn Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse   UT   84075 <br> City   State   ZIP Code | LevelEx Funding | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.16 | Autumn Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse   UT   84075 <br> City   State   ZIP Code | Novac/Galt | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.17 | Autumn Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse   UT   84075 <br> City   State   ZIP Code | American Express | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.18 | Autumn Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse   UT   84075 <br> City   State   ZIP Code | Premium Merchant Funding | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.19 | Autumn Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse   UT   84075 <br> City   State   ZIP Code | Smart Business | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.20 | Autumn Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse   UT   84075 <br> City   State   ZIP Code | The Boyer Company | ☑ D <br> ☑ E/F <br> ☐ G |
| 2.21 | Autumn Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse   UT   84075 <br> City   State   ZIP Code | Stripe | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.22 | Autumn Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse   UT   84075 <br> City   State   ZIP Code | Newity | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor   Jills Office LLC
Name

Case number (if known) _25-21625_

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.23 Autumn Thurgood | 1054 Grants Lane<br>Street<br><br>Syracuse  UT  84075<br>City  State  ZIP Code | On Deck | ☐ D<br>☐ E/F<br>☐ G |
| 2.24 Autumn Thurgood | 1054 Grants Lane<br>Street<br><br>Syracuse  UT  84075<br>City  State  ZIP Code | FundBox | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 Autumn Thurgood | 1054 Grants Lane<br>Street<br><br>Syracuse  UT  84075<br>City  State  ZIP Code | Finally | ☐ D<br>☐ E/F<br>☐ G |
| 2.26 Autumn Thurgood | 1054 Grants Lane<br>Street<br><br>Syracuse  UT  84075<br>City  State  ZIP Code | Bill | ☐ D<br>☐ E/F<br>☐ G |
| 2.27 Autumn Thurgood | 1054 Grants Lane<br>Street<br><br>Syracuse  UT  84075<br>City  State  ZIP Code | Emily Bateman | ☐ D<br>☑ E/F<br>☐ G |
| 2.28 Autumn Thurgood | 1054 Grants Lane<br>Street<br><br>Syracuse  UT  84075<br>City  State  ZIP Code | Heather Brinker | ☐ D<br>☑ E/F<br>☐ G |
| 2.29 Autumn Thurgood | 1054 Grants Lane<br>Street<br><br>Syracuse  UT  84075<br>City  State  ZIP Code | Kristi Brower | ☐ D<br>☑ E/F<br>☐ G |
| 2.30 Autumn Thurgood | 1054 Grants Lane<br>Street<br><br>Syracuse  UT  84075<br>City  State  ZIP Code | Jadan Bybee | ☐ D<br>☑ E/F<br>☐ G |

Debtor ___Jills Office LLC_____    Case number (if known) _25-21625_____
       Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | Check all schedules that apply: |
| 2.31 Autumn Thurgood — 1054 Grants Lane (Street) — Syracuse, UT 84075 | | Holly Card | ☐ D ☑ E/F ☐ G |
| 2.32 Autumn Thurgood — 1054 Grants Lane (Street) — Syracuse, UT 84075 | | Cynthia Diaz | ☐ D ☑ E/F ☐ G |
| 2.33 Autumn Thurgood — 1054 Grants Lane (Street) — Syracuse, UT 84075 | | Paige Gordon | ☐ D ☑ E/F ☐ G |
| 2.34 Autumn Thurgood — 1054 Grants Lane (Street) — Syracuse, UT 84075 | | Kyler Hansen | ☐ D ☑ E/F ☐ G |
| 2.35 Autumn Thurgood — 1054 Grants Lane (Street) — Syracuse, UT 84075 | | Jennifer Heiner | ☐ D ☑ E/F ☐ G |
| 2.36 Autumn Thurgood — 1054 Grants Lane (Street) — Syracuse, UT 84075 | | Michelle Jeppesen | ☐ D ☑ E/F ☐ G |
| 2.37 Autumn Thurgood — 1054 Grants Lane (Street) — Syracuse, UT 84075 | | Elizabeth Johnson | ☐ D ☑ E/F ☐ G |
| 2.38 Autumn Thurgood — 1054 Grants Lane (Street) — Syracuse, UT 84075 | | Jessa Maughan | ☐ D ☑ E/F ☐ G |

Debtor    Jills Office LLC
          Name

Case number (if known)  25-21625

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.39** Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse  UT  84075 <br> City  State  ZIP Code | Keegan Parkinson | ☐ D  ☑ E/F  ☐ G |
| **2.40** Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse  UT  84075 <br> City  State  ZIP Code | Simeon Reynolds | ☐ D  ☑ E/F  ☐ G |
| **2.41** Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse  UT  84075 <br> City  State  ZIP Code | Nicole Rivera | ☐ D  ☑ E/F  ☐ G |
| **2.42** Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse  UT  84075 <br> City  State  ZIP Code | Gwendalyn Rojas | ☐ D  ☑ E/F  ☐ G |
| **2.43** Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse  UT  84075 <br> City  State  ZIP Code | Jennifer Rojas | ☐ D  ☑ E/F  ☐ G |
| **2.44** Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse  UT  84075 <br> City  State  ZIP Code | Shalees Romero | ☐ D  ☑ E/F  ☐ G |
| **2.45** Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse  UT  84075 <br> City  State  ZIP Code | Kerilin Vigil | ☐ D  ☑ E/F  ☐ G |
| **2.46** Autumn Thurgood | 1054 Grants Lane <br> Street <br> Syracuse  UT  84075 <br> City  State  ZIP Code | Jalen Morgan | ☐ D  ☑ E/F  ☐ G |

| Debtor | Jills Office LLC | | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| ██ | **Additional Page if Debtor Has More Codebtors** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2. 47 Brant Thurgood | 1054 Grants Lane _Street_<br>Syracuse   UT   84075 _City   State   ZIP Code_ | Federal employment Taxes | ☑ E/F<br>☐ G |
| 2. 48 Brant Thurgood | 1054 Grants Lane _Street_<br>Syracuse   UT   84075 _City   State   ZIP Code_ | Zions Loan | ☑ D<br>☑ E/F<br>☐ G |
| 2. 49 Brant Thurgood | 1054 Grants Lane _Street_<br>Syracuse   UT   84075 _City   State   ZIP Code_ | SBA Loan | ☑ D<br>☐ E/F<br>☐ G |
| 2. 50 Brant Thurgood | 1054 Grants Lane _Street_<br>Syracuse   UT   84075 _City   State   ZIP Code_ | NEC Financial | ☐ D<br>☐ E/F<br>☐ G |
| 2. 51 Brant Thurgood | 1054 Grants Lane _Street_<br>Syracuse   UT   84075 _City   State   ZIP Code_ | Chase Bank | ☐ D<br>☐ E/F<br>☐ G |
| 2. 52 Brant Thurgood | 1054 Grants Lane _Street_<br>Syracuse   UT   84075 _City   State   ZIP Code_ | CFT Clear Finance Technology  Group | ☑ D<br>☐ E/F<br>☐ G |
| 2. 53 Brant Thurgood | 1054 Grants Lane _Street_<br>Syracuse   UT   84075 _City   State   ZIP Code_ | Samson Funding/ Berkovitch | ☑ D<br>☐ E/F<br>☐ G |
| 2. 54 Brant Thurgood | 1054 Grants Lane _Street_<br>Syracuse   UT   84075 _City   State   ZIP Code_ | Capital Assist | ☐ D<br>☐ E/F<br>☐ G |

Debtor        Jills Office LLC
_____        Case number (if known) 25-21625
              Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.55 Brant Thurgood | 1054 Grants Lane _Street_<br><br>Syracuse  UT  84075 _City  State  ZIP Code_ | ClearClo | ☑ D<br>☐ E/F<br>☐ G |
| 2.56 Brant Thurgood | 1054 Grants Lane _Street_<br><br>Syracuse  UT  84075 _City  State  ZIP Code_ | Daytona Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.57 Brant Thurgood | 1054 Grants Lane _Street_<br><br>Syracuse  UT  84075 _City  State  ZIP Code_ | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.58 Brant Thurgood | 1054 Grants Lane _Street_<br><br>Syracuse  UT  84075 _City  State  ZIP Code_ | Barket Epstein | ☑ D<br>☐ E/F<br>☐ G |
| 2.59 Brant Thurgood | 1054 Grants Lane _Street_<br><br>Syracuse  UT  84075 _City  State  ZIP Code_ | Highland Hills | ☑ D<br>☐ E/F<br>☐ G |
| 2.60 Brant Thurgood | 1054 Grants Lane _Street_<br><br>Syracuse  UT  84075 _City  State  ZIP Code_ | Kings Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.61 Brant Thurgood | 1054 Grants Lane _Street_<br><br>Syracuse  UT  84075 _City  State  ZIP Code_ | LevelEx Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.62 Brant Thurgood | 1054 Grants Lane _Street_<br><br>Syracuse  UT  84075 _City  State  ZIP Code_ | Novac/Galt | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Jills Office LLC
_____
Name

25-21625
Case number (if known)_____

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2._63_ Brant Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse    UT    84075 <br> City    State    ZIP Code | American Express | ☑ D <br> ☐ E/F <br> ☐ G |
| 64 <br> 2._ Brant Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse    UT    84075 <br> City    State    ZIP Code | Premium Merchant Funding | ☑ D <br> ☐ E/F <br> ☐ G |
| _65_ Brant Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse    UT    84075 <br> City    State    ZIP Code | Smart Business | ☑ D <br> ☐ E/F <br> ☐ G |
| _66_ Brant Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse    UT    84075 <br> City    State    ZIP Code | The Boyer Company | ☐ D <br> ☐ E/F <br> ☐ G |
| _67_ Brant Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse    UT    84075 <br> City    State    ZIP Code | Stripe | ☑ D <br> ☐ E/F <br> ☐ G |
| 68 <br> 2._ Brant Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse    UT    84075 <br> City    State    ZIP Code | Newity | ☑ D <br> ☐ E/F <br> ☐ G |
| _69_ Brant Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse    UT    84075 <br> City    State    ZIP Code | On Deck | ☑ D <br> ☐ E/F <br> ☐ G |
| _70_ Brant Thurgood | 1054 Grants Lane <br> Street <br><br> Syracuse    UT    84075 <br> City    State    ZIP Code | FundBox | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor   Jills Office LLC
Name

Case number (if known) 25-21625

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.71 | Brant Thurgood | 1054 Grants Lane<br>Street<br>Syracuse  UT  84075<br>City  State  ZIP Code | Finally | ☐ D<br>☐ E/F<br>☐ G |
| 2.72 | Brant Thurgood | 1054 Grants Lane<br>Street<br>Syracuse  UT  84075<br>City  State  ZIP Code | Bill | ☐ D<br>☐ E/F<br>☐ G |
| 2.73 | Brant Thurgood | 1054 Grants Lane<br>Street<br>Syracuse  UT  84075<br>City  State  ZIP Code | Emily Bateman | ☐ D<br>☑ E/F<br>☐ G |
| 2.74 | Brant Thurgood | 1054 Grants Lane<br>Street<br>Syracuse  UT  84075<br>City  State  ZIP Code | Heather Brinker | ☐ D<br>☑ E/F<br>☐ G |
| 2.75 | Brant Thurgood | 1054 Grants Lane<br>Street<br>Syracuse  UT  84075<br>City  State  ZIP Code | Kristi Brower | ☐ D<br>☑ E/F<br>☐ G |
| 2.76 | Brant Thurgood | 1054 Grants Lane<br>Street<br>Syracuse  UT  84075<br>City  State  ZIP Code | Jadan Bybee | ☐ D<br>☑ E/F<br>☐ G |
| 2.77 | Brant Thurgood | 1054 Grants Lane<br>Street<br>Syracuse  UT  84075<br>City  State  ZIP Code | Holly Card | ☐ D<br>☑ E/F<br>☐ G |
| 2.78 | Brant Thurgood | 1054 Grants Lane<br>Street<br>Syracuse  UT  84075<br>City  State  ZIP Code | Cynthia Diaz | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Jills Office LLC
Name

Case number *(if known)*_____   25-21625

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.79** Brant Thurgood | 1054 Grants Lane *Street* <br> Syracuse  UT  84075 *City  State  ZIP Code* | Paige Gordon | ☐ D  ☑ E/F  ☐ G |
| **2.80** Brant Thurgood | 1054 Grants Lane *Street* <br> Syracuse  UT  84075 *City  State  ZIP Code* | Kyler Hansen | ☐ D  ☑ E/F  ☐ G |
| **2.81** Brant Thurgood | 1054 Grants Lane *Street* <br> Syracuse  UT  84075 *City  State  ZIP Code* | Jennifer Heiner | ☐ D  ☑ E/F  ☐ G |
| **2.82** Brant Thurgood | 1054 Grants Lane *Street* <br> Syracuse  UT  84075 *City  State  ZIP Code* | Michelle Jeppesen | ☐ D  ☑ E/F  ☐ G |
| **2.83** Brant Thurgood | 1054 Grants Lane *Street* <br> Syracuse  UT  84075 *City  State  ZIP Code* | Elizabeth Johnson | ☐ D  ☑ E/F  ☐ G |
| **2.84** Brant Thurgood | 1054 Grants Lane *Street* <br> Syracuse  UT  84075 *City  State  ZIP Code* | Jessa Maughan | ☐ D  ☑ E/F  ☐ G |
| **2.85** Brant Thurgood | 1054 Grants Lane *Street* <br> Syracuse  UT  84075 *City  State  ZIP Code* | Keegan Parkinson | ☐ D  ☑ E/F  ☐ G |
| **2.86** Brant Thurgood | 1054 Grants Lane *Street* <br> Syracuse  UT  84075 *City  State  ZIP Code* | Simeon Reynolds | ☐ D  ☑ E/F  ☐ G |

| Debtor | Jills Office LLC | Case number *(if known)* | 25-21625 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | Check all schedules that apply: |

**2.87** Brant Thurgood
1054 Grants Lane — Street
Syracuse — City    UT — State    84075 — ZIP Code
Nicole Rivera
- [ ] D
- [x] E/F
- [ ] G

**2.88** Brant Thurgood
1054 Grants Lane — Street
Syracuse — City    UT — State    84075 — ZIP Code
Gwendalyn Rojas
- [ ] D
- [x] E/F
- [ ] G

**2.89** Brant Thurgood
1054 Grants Lane — Street
Syracuse — City    UT — State    84075 — ZIP Code
Jennifer Rojas
- [ ] D
- [x] E/F
- [ ] G

**2.90** Brant Thurgood
1054 Grants Lane — Street
Syracuse — City    UT — State    84075 — ZIP Code
Shalees Romero
- [ ] D
- [x] E/F
- [ ] G

**2.91** Brant Thurgood
1054 Grants Lane — Street
Syracuse — City    UT — State    84075 — ZIP Code
Kerilin Vigil
- [ ] D
- [x] E/F
- [ ] G

**2.92** Brant Thurgood
1054 Grants Lane — Street
Syracuse — City    UT — State    84075 — ZIP Code
Jalen Morgan
- [ ] D
- [x] E/F
- [ ] G

**2.93** Alan Thurgood
1889 S. 910 W Unit B — Street
Syracuse — City    UT — State    84075 — ZIP Code
Zions
- [x] D
- [x] E/F
- [ ] G

**2.94** Thurgood Creamery
2432 W. 1700 S. — Street
Syracuse — City    UT — State    84075 — ZIP Code
Daytona Funding
- [x] D
- [ ] E/F
- [ ] G

Debtor       Jills Office LLC
             Name                                                      Case number (if known)   25-21625

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.95 Rob Phelps | 3888 S 4000 W _Street_ <br> Wellsville, UT 84339 _City   State   ZIP Code_ | Federal Employment Taxes | ☐ D ☑ E/F ☐ G |
| 2.96 Rob Phelps | 3888 S 4000 W _Street_ <br> Wellsville, UT 84339 _City   State   ZIP Code_ | Emily Bateman | ☐ D ☑ E/F ☐ G |
| 2.97 Rob Phelps | 3888 S 4000 W _Street_ <br> Wellsville, UT 84339 _City   State   ZIP Code_ | Heather Brinker | ☑ D ☐ E/F ☐ G |
| 2.98 Rob Phelps | 3888 S 4000 W _Street_ <br> Wellsville, UT 84339 _City   State   ZIP Code_ | Kristi Brower | ☐ D ☑ E/F ☐ G |
| 2.99 Rob Phelps | 3888 S 4000 W _Street_ <br> Wellsville, UT 84339 _City   State   ZIP Code_ | Jadan Bybee | ☐ D ☑ E/F ☐ G |
| 2.100 Rob Phelps | 3888 S 4000 W _Street_ <br> Wellsville, UT 84339 _City   State   ZIP Code_ | Holly Card | ☐ D ☑ E/F ☐ G |
| 2.101 Rob Phelps | 3888 S 4000 W _Street_ <br> Wellsville, UT 84339 _City   State   ZIP Code_ | Cynthia Diaz | ☐ D ☑ E/F ☐ G |
| 2.102 Rob Phelps | 3888 S 4000 W _Street_ <br> Wellsville, UT 84339 _City   State   ZIP Code_ | Paige Gordon | ☐ D ☑ E/F ☐ G |

Debtor    Jills Office LLC
_____    Case number (if known) 25-21625
Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.103 Rob Phelps | 3888 S 4000 W (Street) / Wellsville, UT 84339 (City State ZIP Code) | Kyler Hansen | ☐ D ☑ E/F ☐ G |
| 2.104 Rob Phelps | 3888 S 4000 W (Street) / Wellsville, UT 84339 (City State ZIP Code) | Jennifer heiner | ☐ D ☑ E/F ☐ G |
| 2.__ Rob Phelps | (Street) / 3888 S 4000 W (State ZIP Code) | Michelle Jeppesen | ☐ D ☑ E/F ☐ G |
| 2.106 Rob Phelps | 3888 S 4000 W (Street) / Wellsville, UT 84339 / Wellsville, UT 84339 (City State ZIP Code) | Elizabeth Johnson | ☐ D ☑ E/F ☐ G |
| 2.107 Rob Phelps | 3888 S 4000 W (Street) / Wellsville, UT 84339 (City State ZIP Code) | Jessa Maughan | ☐ D ☑ E/F ☐ G |
| 2.108 Rob Phelps | 3888 S 4000 W (Street) / Wellsville, UT 84339 (City State ZIP Code) | Keegan Parkinson | ☐ D ☑ E/F ☐ G |
| 2.109 Rob Phelps | 3888 S 4000 W (Street) / Wellsville, UT 84339 (City State ZIP Code) | Simeon Reynolds | ☐ D ☑ E/F ☐ G |
| 2.110 Rob Phelps | 3888 S 4000 W (Street) / Wellsville, UT 84339 (City State ZIP Code) | Nicole Rivera | ☐ D ☑ E/F ☐ G |

Debtor    Jills Office LLC
_____
Name

Case number (if known)___25-21625_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.111 Rob Phelps | 3888 S 4000 W<br>Street<br><br>Wellsville, UT 84339<br>City  State  ZIP Code | Gwendalyn Rojas | ☐ D<br>☑ E/F<br>☐ G |
| 2.112 Rob Phelps | 3888 S 4000 W<br>Street<br><br>Wellsville, UT 84339<br>City  State  ZIP Code | Jennifer Rojas | ☐ D<br>☑ E/F<br>☐ G |
| 2.113 Rob Phelps | 3888 S 4000 W<br>Street<br><br>Wellsville, UT 84339<br>City  State  ZIP Code | Shalees Romero | ☐ D<br>☑ E/F<br>☐ G |
| 2.114 Rob Phelps | 3888 S 4000 W<br>Street<br><br>Wellsville, UT 84339<br>City  State  ZIP Code | Kerilin Virgil | ☐ D<br>☑ E/F<br>☐ G |
| 2.115 Rob Phelps | 3888 S 4000 W<br>Street<br><br>Wellsville, UT 84339<br>City  State  ZIP Code | Jalen Morgan | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____     Case number *(if known)*_____
     Name

<table>
<tr><td colspan="2" style="background:black"></td><td><strong>Additional Page if Debtor Has More Codebtors</strong></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |

2.__  _____  Street _____  _____  ☐ D
                        _____                          ☐ E/F
                        City    State    ZIP Code                 ☐ G

2.__  _____  Street _____  _____  ☐ D
                        _____                          ☐ E/F
                        City    State    ZIP Code                 ☐ G

2.__  _____  Street _____  _____  ☐ D
                        _____                          ☐ E/F
                        City    State    ZIP Code                 ☐ G

2.__  _____  Street _____  _____  ☐ D
                        _____                          ☐ E/F
                        City    State    ZIP Code                 ☐ G

2.__  _____  Street _____  _____  ☐ D
                        _____                          ☐ E/F
                        City    State    ZIP Code                 ☐ G

2.__  _____  Street _____  _____  ☐ D
                        _____                          ☐ E/F
                        City    State    ZIP Code                 ☐ G

2.__  _____  Street _____  _____  ☐ D
                        _____                          ☐ E/F
                        City    State    ZIP Code                 ☐ G

2.__  _____  Street _____  _____  ☐ D
                        _____                          ☐ E/F
                        City    State    ZIP Code                 ☐ G

Debtor _____
          Name

Case number *(if known)*_____

## ▮ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Jill's Office LLC___

United States Bankruptcy Court for the: _____ District of __Utah__
(State)

Case number (If known): ___25-21625_____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From 01/01/2025 MM/DD/YYYY to Filing date | ☑ Operating a business<br>☐ Other _____ | $1,247,577.42 |
| **For prior year:** From 01/01/2024 MM/DD/YYYY to 12/31/2024 MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $6,812,612.12 |
| **For the year before that:** From 01/01/2023 MM/DD/YYYY to 12/31/2023 MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $6,569,316.20 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From _____ MM/DD/YYYY to Filing date | _____ | $_____ |
| **For prior year:** From _____ MM/DD/YYYY to _____ MM/DD/YYYY | _____ | $_____ |
| **For the year before that:** From _____ MM/DD/YYYY to _____ MM/DD/YYYY | _____ | $_____ |

| Debtor | Jill's Office LLC | | Case number (if known) | 25-21625 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Twilio<br>Creditor's name<br>101 Spear Street, Suite 500<br>Street<br><br>San Fransisco, CA 94105<br>City        State        ZIP Code | 3/10/25 | $ 10,000 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2. | Regence BlueCross Blue Shield of Utah<br>Creditor's name<br>PO BOX 2597  97208-2597<br>Street<br><br>Portland, OR 97208-2597<br>City        State        ZIP Code | 2/12/25<br><br>2/19/25 | $ 57,578.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

See additional pages attached.

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None      See additional pages attached

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City        State        ZIP Code<br>**Relationship to debtor**<br>_____ | ___ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City        State        ZIP Code<br>**Relationship to debtor**<br>_____ | ___ | $_____ | _____<br>_____<br>_____ |

Debtor  Jill's Office LLC
_____
Name

Case number (if known)  25-21625
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State          ZIP Code | | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State          ZIP Code | |

Debtor   **Jill's Office**
Name

Case number *(if known)*   25-21625

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
| --- | --- | --- |
| | | $ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City          State          ZIP Code | **Case number** | Street |
| | | |
| | **Date of order or assignment** | City          State          ZIP Code |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |
| 9.1. Box Elder School District | $1,000 contribution to school district | Dec 2024 | $ 1,000 |
| Recipient's name | | | |
| 960 South Main Street | | | |
| Street | | | |
| Brigham City, UT 84302 | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| Member Manager Sister | | | |
| 9.2. Lil Gift From Above | Christmas charity raffle-cash donation | For Dec 2023, given 2024 | $2500 |
| Recipient's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| Employees Sister | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $ |

| Debtor | Jill's Office LLC | Case number (if known) | 25-21625 |
|---|---|---|---|
| | Name | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Workman Nydegger/Ted Cundick  11.1. | | 3/21/25 | $ 25,000 |
| **Address** 60 E. South Temple | | | |
| Street Suite 1000 | | | |
| Salt Lake City, UT 84111 | | | |
| City          State          ZIP Code | | | |
| **Email or website address** tcundick@wnlaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Barket Epstein | | 2/12/25 2/13/25 3/5/25 | $ 30,000 |
| | **Address** 666 Old Country Road, Suite 700 | (for debt consolidation) | | |
| | Street | | | |
| | Garden City NY 11530 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** ltyras@barketepstein.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Debtor _____Jill's Office, LLC_____    Case number *(if known)*____25-21625____
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Jill's Office | Sale of 25% of Jills Office to Rob Phelps | 11/1/23 | $ 750,000 |
| | **Address**<br>960 W. White Drive<br>Street | | | |
| | Ogden            UT    84401<br>City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 13.2. | **Who received transfer?** | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 129 S. State Street<br>Street | From 06/01/2018 | To 06/01/23 |
| | Clearfield        UT    84075<br>City            State    ZIP Code | | |
| 14.2. | Street | From _____ | To _____ |
| | City            State    ZIP Code | | |

Debtor    Jill's Office LLC
_____    Case number *(if known)*_____25-21625_____
          Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankrupties**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Simple IRA Retirement Plan | EIN: 4 7 _ 1 3 8 4 8 0 0 |

    Has the plan been terminated?

    ☑ No

    ☐ Yes

Debtor    Jill's Office
_____    Case number *(if known)*    25-21625
      Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Glacier Bank**<br>Name<br>**690 State St**<br>Street<br><br>**Clearfield, UT 84015**<br>City        State        ZIP Code | XXXX– 9 0 0 1 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 1/16/25 | $ 0.00 |
| 18.2. **Glacier Bank**<br>Name<br>**690 State St**<br>Street<br><br>**Clearfield, UT 84015**<br>City        State        ZIP Code | XXXX– 7 2 5 8 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 1/16/25 | $ .33 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City        State        ZIP Code | <br><br><br>Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Towne-Storage Clearfield**<br>Name<br>**280 State St**<br>Street<br><br>**Clearfield, UT 84015**<br>City        State        ZIP Code | Brant and Autumn Thurgood<br><br><br>Address | Cubicles | ☐ No<br>☑ Yes |

---

| Debtor | Jill's Office, LLC | Case number *(if known)* | 25-21625 |
|---|---|---|---|
| | Name | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | Jill's Office, LLC | Case number *(if known)* | 25-21625 |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____    To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____    To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____    To _____ |

---

Debtor _____Jill's Office, LLC_____    Case number *(if known)*___25-21625____
　　　　　Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. HolyOak and Compnay<br>Name<br>1396 W 200 S St<br>Street<br><br>Lindon　　　　UT　　84042<br>City　　　　　State　　ZIP Code | From _____ To _2024_ |
| 26a.2. Name<br><br>Street<br><br>City　　　　　State　　ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. HolyOak and Compnay<br>Name<br>1396 W 200 S St<br>Street<br><br>Lindon　　　　UT　　84042<br>City　　　　　State　　ZIP Code | From _____ To _____ |
| 26b.2. Name<br><br>Street<br><br>84042<br>City　　　　　State　　ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Holyoak and Company<br>Name<br>1396 W 200 S St<br>Street<br><br>Lindon　　　　UT<br>City　　　　　State　　ZIP Code | _____<br>_____<br>_____ |

Debtor _____Jill'ls Office, LLC_____     Case number *(if known)*_____25-21625_____
　　　　　　Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name _____ | _____ |
| Street _____ | _____ |
| _____ | _____ |
| City_____State_____ZIP Code_____ | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| **26d.1.** Rob Phelps |
| Name |
| 3888 S 4000 W |
| Street |
| Wellsville,　　　　　　　　UT　　　　84339 |
| City　　　　　　　　　　State　　　ZIP Code |

| Name and address |
|---|
| **26d.2.** Samson Funding |
| Name |
| 1545 Route 202 Suite 101 Pomona NY 10970 |
| Street |
| Pomona　　　　　　　　NY　　　　10970 |
| City　　　　　　　　　　State　　　ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1.** |
| Name _____ |
| Street _____ |
| _____ |
| City_____State_____ZIP Code_____ |

Debtor     Jill's Office, LLC
_____     Case number (if known)___25-21625_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.  _____
       Name

       _____
       Street

       _____
       City                          State        ZIP Code

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brant Thurgood | 1054 Grants Lane, Syracuse UT 84015 | Member Manager | 37.5% |
| Autumn Thurgood | 1054 Grants Lane, Syracuse UT 84015 | Member Manager | 37.5% |
| Rob Phelps | 3888 S 4000 W Wellsville, UT 84339 | Member Manager | 25% |
| | | | |
| | | | |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.    See attached.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | _____ | |
| City          State     ZIP Code | | | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor _____Jill's Office, LLC_____   Case number *(if known)*___25-21625_____
      Name

| | Name and address of recipient | | | | |
|---|---|---|---|---|---|
| 30.2 | | _____ | _____ | _____ |
| | Name | | _____ |
| | Street | | _____ |
| | | | _____ |
| | City                    State        ZIP Code | | _____ |
| | **Relationship to debtor** | | _____ |
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/15/2025___
        MM / DD / YYYY

✗ _____*Autumn Thurgood*_____   Printed name ___Autumn Thurgood_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___Member Manager_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

**Jill's Office, LLC, 25-21625**
**Supplement to Statement of Financial Affairs**

**Part 2. Transfers made before bankruptcy**

3.

3.3 American Express

P.O. Box 981531 El Paso TX 79998-1531

| | | |
|---|---|---|
| 12/30/2024 | Amex | 12,000.00 |
| 12/30/2024 | Amex | 5,000.00 |
| 12/30/2024 | Amex | 1,500.00 |
| 2/5/2025 | Amex | 1,000.00 |
| 12/27/2024 | Amex | 2,500.00 |
| | **Amex Total** | 22,000.00 |
| | | |

3.4 Chase Credit Card

Cardmember Services, P.O. Box 6294, Carol Stream, IL 60197-6294

| | | |
|---|---|---|
| 2/26/2025 | Chase CC | 151.00 |
| 1/13/2025 | Chase CC | 5,000.00 |
| 1/15/2025 | Chase CC | 7,566.63 |
| 1/7/2025 | Chase CC | 10,000.00 |
| | **Chase CC Total** | 22,717.63 |

3.5 Samson

1545 Route 202 Suite 101 Pomona NY 10970

| | |
|---|---|
| 02/13/25 | -10,000.00 |
| 02/20/25 | -10,000.00 |
| 03/05/25 | -10,000.00 |
| 12/27/24 | -9,756.82 |

Total Paid: $39,756.82

3.6 Fundbox

5760 Legacy Drive Suite B3-535 Plano Texas 75024

| | |
|---|---|
| 12/27/24 | -3,905.29 |

Total Paid: $3905.29

3.7 Cucumber Capital

100 Cedarhurst Ave, Cedarhurst, New York 11516, US

1

| | |
|---|---|
| 12/27/24 | -3,997.34 |
| 12/30/24 | -3,997.34 |
| 12/31/24 | -3,997.34 |
| 01/08/25 | -3,997.34 |
| Total | -15,989.36 |

## 3.8 Key Capital

| | |
|---|---|
| 01/10/25 | -2,498.00 |
| 01/13/25 | -2,498.00 |
| 01/14/25 | -2,498.00 |
| 01/15/25 | -2,498.00 |
| 01/16/25 | -2,498.00 |
| 01/17/25 | -2,498.00 |
| 01/17/25 | -2,498.00 |
| 01/17/25 | -1,000.00 |
| 01/21/25 | -2,498.00 |
| 01/22/25 | -2,498.00 |
| 01/23/25 | -55,000.00 |
| 01/24/25 | -2,000.00 |
| 01/27/25 | -2,564.00 |
| Total | -83,046.00 |

## 3.9 Clearco
33 Yonge Street, Suite 1302, Toronto ON, M5E 1G4, Canada

| | |
|---|---|
| 12/27/24 | -1,126.16 |
| 12/30/24 | -515.78 |
| 12/30/24 | -231.61 |
| 01/06/25 | -515.78 |
| 01/06/25 | -515.78 |

| | |
|---|---|
| 01/06/25 | -231.61 |
| 01/07/25 | -1,126.16 |
| 01/08/25 | -1,848.86 |
| 01/08/25 | -938.47 |
| 01/08/25 | -938.47 |
| 01/08/25 | -610 |
| 01/08/25 | -610 |
| 01/08/25 | -493.73 |
| 01/08/25 | -479.65 |
| 01/08/25 | -479.65 |
| 01/08/25 | -469.24 |
| 01/08/25 | -83.13 |
| 01/08/25 | -83.13 |
| 01/10/25 | -1,126.16 |
| 01/13/25 | -515.78 |
| 01/13/25 | -231.61 |
| 01/15/25 | -938.47 |
| 01/15/25 | -610 |
| 01/15/25 | -479.65 |
| 01/15/25 | -83.13 |
| 01/16/25 | -1,848.86 |
| 01/16/25 | -493.73 |
| 01/16/25 | -469.24 |
| 01/17/25 | -1,126.16 |
| 01/21/25 | -515.78 |
| 01/21/25 | -231.61 |
| 01/28/25 | -938.47 |
| 01/28/25 | -610 |

| | |
|---|---|
| 01/28/25 | -515.78 |
| 01/28/25 | -493.73 |
| 01/28/25 | -479.75 |
| 01/28/25 | -469.24 |
| 01/28/25 | -231.61 |
| 01/28/25 | -83.13 |
| 01/29/25 | -1,848.86 |
| 01/29/25 | -1,126.16 |
| 01/29/25 | -938.47 |
| 01/29/25 | -610 |
| 01/29/25 | -479.65 |
| 01/29/25 | -83.13 |
| 02/20/25 | -2,757.65 |
| 02/20/25 | -1,242.35 |
| 03/03/25 | -4,000.00 |
| 03/06/25 | -4,000.00 |
| 3/13/25 | -958.08 |
| Total | -41,833.45 |

3.10 Hastings Capital

| | |
|---|---|
| 12/27/24 | -1,499.00 |
| 01/16/25 | -1,499.00 |
| 01/30/25 | -1,499.00 |
| 02/05/25 | -18,000.00 |
| 02/13/25 | -1,000.00 |
| 02/14/25 | -1,000.00 |
| 02/18/25 | -1,000.00 |
| 02/19/25 | -1,000.00 |

| | |
|---|---|
| 02/20/25 | -1,000.00 |
| 02/21/25 | -1,000.00 |
| 02/24/25 | -1,000.00 |
| 02/25/25 | -1,000.00 |
| 02/26/25 | -1,000.00 |
| 02/27/25 | -967 |
| total | -32,464.00 |

3.11 Levelex

| | |
|---|---|
| 01/06/25 | -22,666.66 |
| 01/08/25 | -25,000.00 |
| 01/15/25 | -7,000.00 |
| 01/27/25 | -10,000.00 |
| 02/03/25 | -6,250.00 |
| 02/06/25 | -6,250.00 |
| 02/10/25 | -6,250.00 |
| 02/24/25 | -10,000.00 |
| 03/04/25 | -6,250.00 |
| Total | -99,666.66 |

3.12 Highland Hill
86 Chambers Street, Suite 205 NY, NY 10007

| | |
|---|---|
| 12/27/24 | -5,399.00 |
| 12/30/24 | -5,399.00 |
| 12/31/24 | -5,399.00 |
| 12/31/24 | -4,996.67 |
| 01/03/25 | -5,399.00 |
| 01/06/25 | -5,399.00 |
| 01/07/25 | -5,399.00 |

| | |
|---|---|
| 01/07/25 | -4,996.67 |
| 01/08/25 | -5,399.00 |
| 01/10/25 | -5,399.00 |
| 01/13/25 | -5,399.00 |
| 01/14/25 | -5,399.00 |
| 01/14/25 | -4,996.67 |
| 01/15/25 | -5,399.00 |
| 01/16/25 | -10,395.67 |
| 01/16/25 | -5,399.00 |
| 01/17/25 | -5,399.00 |
| 01/21/25 | -5,399.00 |
| 01/21/25 | -4,996.67 |
| 01/22/25 | -5,399.00 |
| 01/24/25 | -5,399.00 |
| 01/29/25 | -9,000.00 |
| 02/03/25 | -9,000.00 |
| 02/10/25 | -9,000.00 |
| 02/18/25 | -9,000.00 |
| 02/24/25 | -9,000.00 |
| 03/03/25 | -9,000.00 |
| 3/14/25 | -9,000.00 |
| 03/21/25 | -9,000.00 |
| total | -188,766.35 |

3.13 Smart Business
3111 N. University Drive Suite 702 Coral Springs FL 33065

| | |
|---|---|
| 02/05/25 | -20,000.00 |
| 01/07/25 | -11,618.00 |
| 01/07/25 | -11,618.00 |

| | |
|---|---|
| 02/12/25 | -11,618.00 |
| 02/21/25 | -11,618.00 |
| 02/21/25 | -2,500.00 |
| 3/7/25 | -2,323.60 |
| total | -71,295.60 |

3.14 Capital Assist
323 Sunny Isles Blvd STE 503, Sunny Isles Beach FL 33160

| | |
|---|---|
| 01/02/25 | -6,949.92 |
| 01/03/25 | -2,316.64 |
| 01/06/25 | -2,316.64 |
| 01/07/25 | -2,316.64 |
| 01/15/25 | -4,633.28 |
| 01/27/25 | -1,000.00 |
| 01/28/25 | -1,000.00 |
| 02/06/25 | -2,000.00 |
| 02/07/25 | -1,000.00 |
| 02/10/25 | -2,000.00 |
| 02/14/25 | -2,000.00 |
| 02/19/25 | -1,500.00 |
| 02/20/25 | -1,500.00 |
| 02/21/25 | -1,500.00 |
| 02/24/25 | -1,500.00 |
| 02/25/25 | -1,500.00 |
| 02/26/25 | -1,500.00 |
| 02/27/25 | -1,500.00 |
| 02/28/25 | -1,500.00 |
| 03/03/25 | -1,500.00 |
| 03/04/25 | -1,500.00 |

| | |
|---|---|
| 03/05/25 | -1,500.00 |
| 03/06/25 | -1,500.00 |
| 3/7/25 | -1,500.00 |
| 3/7/25 | -1,500.00 |
| 3/14/25 | -1,500.00 |
| total | -50,033.12 |

3.15 Galt funding
1 SE 3rd Avenue, Miami FL 33131

| | |
|---|---|
| 01/30/25 | -2,750.00 |
| 02/25/25 | -500 |
| 02/26/25 | -500 |
| 02/27/25 | -500 |
| 02/28/25 | -500 |
| 03/03/25 | -500 |
| 03/04/25 | -500 |
| 03/05/25 | -500 |
| 03/05/25 | -500 |
| 03/06/25 | -500 |
| 3/7/25 | -500.00 |
| 3/10/25 | -500.00 |
| 3/11/25 | -500.00 |
| 3/12/25 | -500.00 |
| 3/13/25 | -500.00 |
| 3/14/25 | -500.00 |
| 3/19/25 | -500.00 |
| 3/20/25 | -500.00 |
| 3/21/25 | -500.00 |
| total | -11,750.00 |

3.16 Elite Funding
500 W Putnam Avenue Suite 400, Greenwich CT

| | |
|---|---|
| 02/08/25 | -5,000.00 |
| 01/17/25 | -3,818.18 |
| 01/21/25 | -3,818.18 |
| 01/22/25 | -3,818.18 |
| 01/24/25 | -3,818.18 |
| 01/28/25 | -3,818.18 |
| 01/29/25 | -3,818.18 |
| 01/30/25 | -3,818.18 |
| 02/19/25 | -3,818.18 |
| 02/20/25 | -3,818.18 |
| 02/21/25 | -3,818.18 |
| 02/24/25 | -3,818.18 |
| 02/25/25 | -3,818.18 |
| 02/26/25 | -3,818.18 |
| 02/27/25 | -3,818.18 |
| 03/03/25 | -3,818.18 |
| 03/05/25 | -3,818.18 |
| 03/06/25 | -3,818.18 |
| 02/05/25 | -2,500.00 |
| 02/06/25 | -2,500.00 |
| 02/07/25 | -2,500.00 |
| 02/10/25 | -2,500.00 |
| 02/11/25 | -2,500.00 |
| 02/12/25 | -2,500.00 |
| 02/13/25 | -2,500.00 |

| | |
|---|---|
| 02/14/25 | -2,500.00 |
| 02/14/25 | -2,500.00 |
| 02/18/25 | -2,500.00 |
| 12/27/24 | -2,498.33 |
| 12/30/24 | -2,498.33 |
| 12/31/24 | -2,498.33 |
| 12/31/24 | -2,498.33 |
| 01/03/25 | -2,498.33 |
| 01/06/25 | -2,498.33 |
| 01/07/25 | -2,498.33 |
| 01/08/25 | -2,498.33 |
| 01/10/25 | -2,498.33 |
| 01/13/25 | -2,498.33 |
| 01/14/25 | -2,498.33 |
| 01/15/25 | -2,498.33 |
| 01/16/25 | -2,498.33 |
| total | -127,387.35 |

3.17 Daytona Funding
266 Broadway STE 401, Brooklyn NY

| | |
|---|---|
| 02/03/25 | -6,000.00 |
| 01/28/25 | -3,230.68 |
| 02/06/25 | -2,500.00 |
| 02/06/25 | -2,500.00 |
| 02/07/25 | -2,500.00 |
| 02/10/25 | -2,500.00 |
| 02/11/25 | -2,500.00 |
| 02/12/25 | -2,500.00 |

| | |
|---|---|
| 02/13/25 | -2,500.00 |
| 02/14/25 | -2,500.00 |
| 02/18/25 | -2,500.00 |
| 02/19/25 | -2,500.00 |
| 02/20/25 | -2,500.00 |
| 02/21/25 | -2,500.00 |
| 02/21/25 | -2,500.00 |
| 02/24/25 | -2,500.00 |
| 02/25/25 | -2,500.00 |
| 02/26/25 | -2,500.00 |
| 02/27/25 | -2,500.00 |
| 02/28/25 | -2,500.00 |
| 03/03/25 | -2,500.00 |
| 03/04/25 | -2,500.00 |
| 03/05/25 | -2,500.00 |
| 03/06/25 | -2,500.00 |
| 3/7/25 | -2,500.00 |
| Total | -66,730.68 |

3.18 Kings Funding

1270 Avenue of the Americas, Suite 811
New York, NY 10020

| | |
|---|---|
| 01/16/25 | -5,178.57 |
| 01/30/25 | -5,178.57 |
| Total | -10,357.14 |

3.19 Premium Merchant

55 Water St 50th floor, New York, NY 10041

| | |
|---|---|
| 02/19/25 | -6,500.00 |
| 01/07/25 | -3,973.34 |

| | |
|---|---|
| 01/15/25 | -4,656.25 |
| 02/20/25 | -1,500.00 |
| 02/21/25 | -1,500.00 |
| 02/24/25 | -1,500.00 |
| 02/25/25 | -1,500.00 |
| 02/26/25 | -1,500.00 |
| 02/27/25 | -1,500.00 |
| 02/28/25 | -1,500.00 |
| 03/03/25 | -1,500.00 |
| 3/21/25 | -1,500.00 |
| Total | -28,629.59 |

Question 4.

Thurgood Family Trust                    Payment of 2% of Jills gross sales per month
Note Receivable Amortization Schedule        Simple Interest of 2%
Jill's Office                             Payment due on the 10th of each month

| | Date | Payment | Interest | Principal | Principal Bal | Days |
|---|---|---|---|---|---|---|
| | 9/3/21 | | | 1,171,744.00 | | |
| 1 | 10/7/21 | 5,987.52 | 2,213.29 | 3,774.23 | 1,167,969.77 | 34 |
| 2 | 11/10/21 | 6,519.00 | 2,206.17 | 4,312.83 | 1,163,656.94 | 34 |
| 3 | 12/2/21 | 6,660.76 | 1,422.25 | 5,238.51 | 1,158,418.43 | 22 |
| 4 | 1/10/22 | 5,088.42 | 2,509.91 | 2,578.51 | 1,155,839.91 | 39 |
| 5 | 2/14/22 | 5,100.82 | 2,247.47 | 2,853.35 | 1,152,986.56 | 35 |
| 6 | 3/14/22 | 4,939.54 | 1,793.53 | 3,146.01 | 1,149,840.55 | 28 |
| 7 | 4/11/22 | 6,747.02 | 1,788.64 | 4,958.38 | 1,144,882.18 | 28 |
| 8 | 5/9/22 | 8,180.92 | 1,780.93 | 6,399.99 | 1,138,482.18 | 28 |
| 9 | 6/10/22 | 9,554.44 | 2,023.97 | 7,530.47 | 1,130,951.71 | 32 |
| 10 | 7/12/22 | 8,860.20 | 1,947.75 | 6,912.45 | 1,124,039.26 | 31 |
| 11 | 8/11/22 | 8,144.35 | 1,873.40 | 6,270.95 | 1,117,768.31 | 30 |
| 12 | 9/15/22 | 9,337.34 | 2,173.44 | 7,163.90 | 1,110,604.41 | 35 |
| 13 | 10/11/22 | 8,039.21 | 1,604.21 | 6,435.00 | 1,104,169.41 | 26 |
| 14 | 11/10/22 | 9,341.44 | 1,840.28 | 7,501.16 | 1,096,668.25 | 30 |
| 15 | 12/13/22 | 8,613.07 | 2,010.56 | 6,602.51 | 1,090,065.74 | 33 |
| | 1/1/23 | | | 153,794.07 | 1,243,859.81 | |
| | (Merge Connect note balance to Jills note) | | | | | |
| 16 | 1/12/23 | 7,316.46 | 1,816.78 | 5,499.68 | 1,238,360.12 | 30 |

| 17 | 2/14/23 | 8,300.86 | 2,132.73 | 6,168.13 | 1,232,191.99 | 31 |
| 18 | 3/10/23 | 7,993.78 | 1,916.74 | 6,077.04 | 1,226,114.96 | 28 |
| 19 | 4/11/23 | 9,623.15 | 2,111.64 | 7,511.51 | 1,218,603.45 | 31 |
| 20 | 5/10/23 | 10,808.54 | 1,963.31 | 8,845.23 | 1,209,758.21 | 29 |
| 21 | 6/12/23 | 12,686.72 | 2,217.89 | 10,468.83 | 1,199,289.38 | 33 |
| 22 | 7/10/23 | 11,371.32 | 1,865.56 | 9,505.76 | 1,189,783.63 | 28 |
| 23 | 8/11/23 | 13,002.82 | 2,115.17 | 10,887.65 | 1,178,895.98 | 32 |
| 24 | 9/13/23 | 11,194.23 | 2,161.31 | 9,032.92 | 1,169,863.06 | 33 |
| 25 | 10/11/23 | 11,315.22 | 1,819.79 | 9,495.43 | 1,160,367.62 | 28 |
| 26 | 11/15/23 | 13,336.76 | 2,256.27 | 11,080.49 | 1,149,287.13 | 35 |
| 27 | 12/12/23 | 10,905.06 | 1,723.93 | 9,181.13 | 1,140,106.00 | 27 |
| 28 | 1/10/24 | 10,351.16 | 1,836.84 | 8,514.32 | 1,131,591.68 | 29 |
| 29 | 2/12/24 | 9,046.40 | 2,074.58 | 6,971.82 | 1,124,619.87 | 33 |
| 30 | 3/11/24 | 9,690.13 | 1,749.41 | 7,940.72 | 1,116,679.15 | 28 |
| 31 | 4/10/24 | 12,226.16 | 1,861.13 | 10,365.03 | 1,106,314.12 | 30 |
| 32 | 5/13/24 | 12,442.22 | 2,028.24 | 10,413.98 | 1,095,900.14 | 33 |
| 33 | 6/14/24 | 12,754.62 | 1,887.38 | 10,867.24 | 1,085,032.90 | 31 |
| 34 | 7/12/24 | 12,977.38 | 1,687.83 | 11,289.55 | 1,073,743.35 | 28 |
| 35 | 8/13/24 | 11,076.68 | 1,968.53 | 9,108.15 | 1,064,635.20 | 33 |
| 36 | 9/10/24 | 11,454.89 | 1,656.10 | 9,798.79 | 1,054,836.41 | 28 |
| 37 | 10/22/24 | 11,514.54 | 2,461.28 | 9,053.26 | 1,045,783.16 | 42 |
| 38 | 12/3/24 | 10,555.56 | 2,440.16 | 8,115.40 | 1,037,667.76 | 42 |
| 39 | 12/13/24 | 10,222.04 | 0.00 | 10,222.04 | 1,027,445.72 | |

No payments made in 2025

**Part 6.**

11.3
Mark Rose    $450.00
2180 South 1300 East, Suite 400
Salt Lake City, Utah 84106
 mrose@mbt-law.com

**Part 10.**

18.3    Zions Bank  2951  Checking   Closing Date  01/31/25      Closing Balance  $0.00
975 W 1700 S, Syracuse, UT 84075

18.4    Zions Bank  2969   Checking   Closing Date  01/31/25      Closing Balance $-844.61
975 W 1700 S, Syracuse, UT 84075

18.5    Zions Bank  2997   Checking   Closing Date  01/31/25      Closing Balance  $0.00
975 W 1700 S, Syracuse, UT 84075

18.6    Glacier Bank 3143   Closing Date    1/15/25             Closing Balance .25
        690 State St, Clearfield, UT 84015

18.7    Glacier Bank 9298   Closing Date  1/15/25             Closing Balance .13
        690 State St, Clearfield, UT 84015


**Part 13.**
26.c
Brant Thurgood        1054 Grants Lane, Syracuse UT 84075
Autumn Thurgood       1054 Grants Lane, Syracuse UT 84075
Barbara Thurgood      1889 S. 910 W. Unit B Syracuse, Ut 84075
Alan Thurgood          1889 S. 910 W. Unit B Syracuse, Ut 84075
Rob Phelps            3888 S 4000 W Wellsville, UT 84339


26d.3
SBA
1441 L Street NW, Washington, DC 20416.

26d.4
Booyah Capital Partners
Nashville, TN

30. See following page.

## Jills Office

Payroll Payment to Members

This schedule reflects the amounts paid to the members of Jills office during the year 2024. There were no payments made in 2025 to the member of Jills Office.

| Date | Amount | Recipient |
|------|--------|-----------|
| 8-Jan | 3,250.00 | Brant Thurgood |
| 8-Jan | 4,868.68 | Autumn Thurgood |
| 8-Jan | 2,700.00 | Autumn Thurgood |
| 23-Jan | 3,250.00 | Brant Thurgood |
| 23-Jan | 4,868.68 | Autumn Thurgood |
| 23-Jan | 2,700.00 | Autumn Thurgood |
| 8-Feb | 3,250.00 | Brant Thurgood |
| 8-Feb | 4,868.68 | Autumn Thurgood |
| 8-Feb | 2,700.00 | Autumn Thurgood |
| 23-Feb | 3,250.00 | Brant Thurgood |
| 23-Feb | 4,868.68 | Autumn Thurgood |
| 23-Feb | 2,700.00 | Autumn Thurgood |
| 8-Mar | 3,250.00 | Brant Thurgood |
| 8-Mar | 4,868.68 | Autumn Thurgood |
| 8-Mar | 2,700.00 | Autumn Thurgood |
| 23-Mar | 3,250.00 | Brant Thurgood |
| 23-Mar | 4,868.68 | Autumn Thurgood |
| 23-Mar | 2,700.00 | Autumn Thurgood |
| 8-Apr | 3,250.00 | Brant Thurgood |
| 8-Apr | 4,868.68 | Autumn Thurgood |
| 8-Apr | 2,700.00 | Autumn Thurgood |
| 23-Apr | 3,250.00 | Brant Thurgood |
| 23-Apr | 4,868.68 | Autumn Thurgood |
| 23-Apr | 2,700.00 | Autumn Thurgood |
| 8-May | 3,250.00 | Brant Thurgood |
| 8-May | 4,868.68 | Autumn Thurgood |
| 8-May | 2,700.00 | Autumn Thurgood |
| 23-May | 3,250.00 | Brant Thurgood |
| 23-May | 4,868.68 | Autumn Thurgood |
| 23-May | 2,700.00 | Autumn Thurgood |
| 8-Jun | 3,250.00 | Brant Thurgood |
| 8-Jun | 4,868.68 | Autumn Thurgood |
| 8-Jun | 2,700.00 | Autumn Thurgood |

| Date | Amount | Recipient |
|------|--------|-----------|
| 8-Jan | 3,846.15 | Rob Phelps |
| 23-Jan | 3,846.15 | Rob Phelps |
| 8-Feb | 3,846.15 | Rob Phelps |
| 23-Feb | 3,846.15 | Rob Phelps |
| 8-Mar | 3,846.15 | Rob Phelps |
| 23-Mar | 3,846.15 | Rob Phelps |
| 8-Apr | 6,250.00 | Rob Phelps |
| 23-Apr | 6,250.00 | Rob Phelps |
| 8-May | 6,250.00 | Rob Phelps |
| 23-May | 6,250.00 | Rob Phelps |
| 8-Jun | 6,250.00 | Rob Phelps |
| 23-Jun | 6,250.00 | Rob Phelps |
| 8-Jul | 6,250.00 | Rob Phelps |
| 23-Jul | 6,250.00 | Rob Phelps |
| 8-Aug | 6,250.00 | Rob Phelps |
| 23-Aug | 6,250.00 | Rob Phelps |
| 8-Sep | 6,250.00 | Rob Phelps |
| 23-Sep | 6,250.00 | Rob Phelps |
| 8-Oct | 6,250.00 | Rob Phelps |
| 23-Oct | 6,250.00 | Rob Phelps |
| 8-Nov | 6,250.00 | Rob Phelps |
| 23-Nov | | Rob Phelps |
| 8-Dec | 12,500.00 | Rob Phelps |
| 23-Dec | | Rob Phelps |

| Total | 129,326.90 |
|-------|-----------|

| Date | Amount | Name |
|---|---|---|
| 23-Jun | 3,250.00 | Brant Thurgood |
| 23-Jun | 4,868.68 | Autumn Thurgood |
| 23-Jun | 2,700.00 | Autumn Thurgood |
| 8-Jul | 3,250.00 | Brant Thurgood |
| 8-Jul | 4,868.68 | Autumn Thurgood |
| 8-Jan | 2,700.00 | Autumn Thurgood |
| 8-Jul | 3,250.00 | Brant Thurgood |
| 23-Jul | 4,868.68 | Autumn Thurgood |
| 23-Jul | 2,700.00 | Autumn Thurgood |
| 8-Aug | 3,250.00 | Brant Thurgood |
| 8-Aug | 4,868.68 | Autumn Thurgood |
| 8-Aug | 2,700.00 | Autumn Thurgood |
| 23-Aug | 3,250.00 | Brant Thurgood |
| 23-Aug | 4,868.68 | Autumn Thurgood |
| 23-Aug | 2,700.00 | Autumn Thurgood |
| 8-Sep | 3,250.00 | Brant Thurgood |
| 8-Sep | 4,868.68 | Autumn Thurgood |
| 8-Sep | 2,700.00 | Autumn Thurgood |
| 23-Sep | 3,250.00 | Brant Thurgood |
| 23-Sep | 4,868.68 | Autumn Thurgood |
| 23-Sep | 2,700.00 | Autumn Thurgood |
| 8-Oct | 3,250.00 | Brant Thurgood |
| 8-Oct | 4,868.68 | Autumn Thurgood |
| 8-Oct | 2,700.00 | Autumn Thurgood |
| 26-Oct | | |
| 26-Oct | | |
| 26-Oct | | |
| 8-Nov | 3,250.00 | Brant Thurgood |
| 8-Nov | 4,868.68 | Autumn Thurgood |
| 8-Nov | 2,700.00 | Autumn Thurgood |
| 23-Nov | | |
| 23-Nov | | |
| 23-Nov | | |
| 8-Dec | | |
| 8-Dec | | |
| 8-Dec | | |
| 23-Dec | | |
| 23-Dec | | |
| 23-Dec | | |
| **Total** | **216,373.60** | |

## Jill's Office

## Transfer Analysis

The following schedules reflect an analysis of transfers in and out of personal bank accounts of Brant and Autumn Thurgood.

**Revenue:** Jills Office had a small amount of Stripe Revenue (a billing system for Jills services) deposited directly into Brant's personal account.  This was done for speed of receiving funds.  Stripe would perform these advance fund transfers only via a debit card. Jills did not have a debit card with their bank.

**Expenses Paid:** Brant paid some of Jills expenses from his personal account.  As can be seen by these schedules, he used personal funds to cover expenses. He also took out two personal loans and deposited them into the account to cover Jills expenses.

**Transfers In and Out:** Funds were transferred between personal accounts and company accounts to move the revenue out of the personal account to be used by Jills. Transfers were also used to assist in covering payments made.

There are four schedules.

> 1). The first is for the calendar year 2024 for Glacier 0084.

> 2). The second is for a short period at the first of 2025 for personal accounts from Zions and American First Credit Union.

> 3). The third is for the calendar year 2024 for Glacier 1575.

> 4). A fourth schedule combines the total of the previous three schedules.

**Calendar Year 2024**

**Schedule #1**
**Revenue deposited into personal account**

Glacier 0084 - ins and outs of Personal Accounts
Calendar YR 24

| Date | Glacier 0084 Description | Amount | Revenue To Bnk Accnt | Amount |
|------|-------------|--------|--------------|--------|
| 19-Jan | Stripe | 1,000.00 | 0084 | 1,000.00 |
| 5-Feb | Stripe | 2,000.00 | 0084 | 2,000.00 |
| 14-Feb | Stripe | 1,000.00 | 0084 | 1,000.00 |
| 2/20/25 | Stripe | 1,000.00 | 0084 | 1,000.00 |
| 2/22/25 | Stripe | 179.20 | 0084 | 179.20 |
| 3/19/25 | Stripe | 1,000.00 | 0084 | 1,000.00 |
| 5-Apr | stripe | 1,000.00 | 0084 | 1,000.00 |
| 19-Apr | stripe | 1,000.00 | 0084 | 1,000.00 |
| 22-Apr | stripe | 1,000.00 | 0084 | 1,000.00 |
| 3-May | Stripe | 2,000.00 | 0084 | 2,000.00 |
| 6-May | stripe | 1,000.00 | 0084 | 1,000.00 |
| 20-Jun | stripe | 6,953.40 | 0084 | 6,953.40 |
| 26-Jun | stripe | 5,333.60 | 0084 | 5,333.60 |
| 27-Jun | stripe | 2,197.95 | 0084 | 2,197.95 |
| 28-Jun | stripe | 1,955.80 | 0084 | 1,955.80 |
| 2-Jul | stripe | 5,000.00 | 0084 | 5,000.00 |
| 2-Jul | stripe | 5,000.00 | 0084 | 5,000.00 |
| 5-Jul | stripe | 2,000.00 | 0084 | 2,000.00 |
| 5-Jul | stripe | 4,000.00 | 0084 | 4,000.00 |
| 5-Jul | stripe | 4,000.00 | 0084 | 4,000.00 |
| 5-Aug | stripe | 1,000.00 | 0084 | 1,000.00 |
| 6-Aug | stripe | 1,000.00 | 0084 | 1,000.00 |
| 13-Aug | stripe | 1,600.00 | 0084 | 1,600.00 |
| 15-Aug | stripe | 2,000.00 | 0084 | 2,000.00 |
| 20-Aug | stripe | 1,600.00 | 0084 | 1,600.00 |
| 21-Aug | stripe | 1,600.00 | 0084 | 1,600.00 |
| 22-Aug | stripe | 2,007.92 | 0084 | 2,007.92 |
| 23-Aug | stripe | 2,722.78 | 0084 | 2,722.78 |
| 23-Aug | stripe | 821.32 | 0084 | 821.32 |
| 26-Aug | stripe | 1,063.34 | 0084 | 1,063.34 |

| 27-Aug | stripe | 1,178.34 | 0084 | 1,178.34 |
| 27-Aug | stripe | 1,609.97 | 0084 | 1,609.97 |
| 27-Aug | stripe | 1,000.00 | 0084 | 1,000.00 |
| 29-Aug | stripe | 1,934.11 | 0084 | 1,934.11 |
| 29-Aug | stripe | 5,000.00 | 0084 | 5,000.00 |
| 29-Aug | stripe | 2,944.35 | 0084 | 2,944.35 |
| 3-Sep | stripe | 2,548.22 | 0084 | 2,548.22 |
| 4-Sep | stripe | 4,979.02 | 0084 | 4,979.02 |
| 4-Sep | stripe | 5,000.00 | 0084 | 5,000.00 |
| 4-Sep | stripe | 5,000.00 | 0084 | 5,000.00 |
| 6-Sep | stripe | 3,257.61 | 0084 | 3,257.61 |
| 6-Sep | stripe | 6,742.39 | 0084 | 6,742.39 |
| 9-Sep | stripe | 1,301.78 | 0084 | 1,301.78 |
| 11-Sep | stripe | 2,698.89 | 0084 | 2,698.89 |
| 13-Sep | stripe | 3,060.04 | 0084 | 3,060.04 |
| 16-Sep | stripe | 740.92 | 0084 | 740.92 |
| 16-Sep | stripe | 9,609.53 | 0084 | 9,609.53 |
| 19-Sep | stripe | 825.36 | 0084 | 825.36 |
| 19-Sep | stripe | 482.83 | 0084 | 482.83 |
| 23-Sep | stripe | 889.19 | 0084 | 889.19 |
| 27-Sep | stripe | 1,032.18 | 0084 | 1,032.18 |
| 30-Sep | stripe | 1,242.01 | 0084 | 1,242.01 |
| 2-Oct | stripe | 4,000.00 | 0084 | 4,000.00 |
| 3-Oct | stripe | 3,000.00 | 0084 | 3,000.00 |
| 7-Oct | stripe | 5,897.01 | 0084 | 5,897.01 |
| 8-Oct | stripe | 2,500.00 | 0084 | 2,500.00 |
| 9-Oct | stripe | 2,500.00 | 0084 | 2,500.00 |
| 15-Oct | stripe | 2,596.52 | 0084 | 2,596.52 |
| 15-Oct | stripe | 2,469.50 | 0084 | 2,469.50 |
| 16-Oct | stripe | 2,554.94 | 0084 | 2,554.94 |
| 16-Oct | stripe | 1,329.25 | 0084 | 1,329.25 |
| 18-Oct | stripe | 9,992.63 | 0084 | 9,992.63 |
| 21-Oct | stripe | 5,000.00 | 0084 | 5,000.00 |
| 21-Oct | stripe | 1,000.00 | 0084 | 1,000.00 |
| 21-Oct | stripe | 4,000.00 | 0084 | 4,000.00 |
| 22-Oct | stripe | 5,000.00 | 0084 | 5,000.00 |
| 22-Oct | stripe | 5,000.00 | 0084 | 5,000.00 |
| 23-Oct | stripe | 4,403.01 | 0084 | 4,403.01 |
| 23-Oct | stripe | 4,778.58 | 0084 | 4,778.58 |
| 29-Oct | stripe | 2,950.00 | 0084 | 2,950.00 |

| | | | | |
|---|---|---|---|---|
| 30-Oct | stripe | 2,375.00 | 0084 | 2,375.00 |
| 31-Oct | stripe | 5,000.00 | 0084 | 5,000.00 |
| 31-Oct | stripe | 5,000.00 | 0084 | 5,000.00 |
| 1-Nov | stripe | 1,882.56 | 0084 | 1,882.56 |
| 1-Nov | stripe | 769.02 | 0084 | 769.02 |
| 4-Nov | stripe | 7,041.36 | 0084 | 7,041.36 |
| 4-Nov | stripe | 6,452.65 | 0084 | 6,452.65 |
| 4-Nov | stripe | 3,547.35 | 0084 | 3,547.35 |
| 5-Nov | stripe | 5,000.00 | 0084 | 5,000.00 |
| 5-Nov | stipe | 5,000.00 | 0084 | 5,000.00 |
| 8-Nov | stripe | 5,360.88 | 0084 | 5,360.88 |
| 8-Nov | stripe | 1,469.78 | 0084 | 1,469.78 |
| 8-Nov | stripe | 2,322.88 | 0084 | 2,322.88 |
| 12-Nov | stripe | 7,124.17 | 0084 | 7,124.17 |
| 12-Nov | stripe | 6,087.27 | 0084 | 6,087.27 |
| 19-Nov | stirpe | 5,000.00 | 0084 | 5,000.00 |
| 19-Nov | stripe | 5,000.00 | 0084 | 5,000.00 |
| 20-Nov | stripe | 4,770.39 | 0084 | 4,770.39 |
| 24-Dec | stripe | 1,574.03 | 0084 | 1,574.03 |
| 24-Dec | stripe | 8,425.97 | 0084 | 8,425.97 |
| 26-Dec | stripe | 9,000.00 | 0084 | 9,000.00 |
| 26-Dec | stripe | 1,860.54 | 0084 | 1,860.54 |
| 26-Dec | stripe | 551.62 | 0084 | 551.62 |
| 26-Dec | stripe | 464.88 | 0084 | 464.88 |
| 26-Dec | stripe | 299.06 | 0084 | 299.06 |
| 26-Dec | stripe | 935.14 | 0084 | 935.14 |
| 30-Dec | stripe | 2,036.85 | 0084 | 2,036.85 |
| 30-Dec | stripe | 7,963.15 | 0084 | 7,963.15 |
| 30-Dec | stripe | 5,000.00 | 0084 | 5,000.00 |
| 30-Dec | stripe | 5,000.00 | 0084 | 5,000.00 |
| CYR 24 | Collective Stripe | 182,336.13 | 0084 | 182,336.13 |
| | **Total Revenue Deposited** | | | **500,734.17** |

4

**Expenses paid from personal account**

Glacier 0084 - ins and outs of Personal Accounts

Calendar YR 24

| Glacier 0084 | | | Expenses | |
| --- | --- | --- | --- | --- |
| Date | Description | Amount | From Bnk Accnt | Amount |
| | **Expenses paid** | | | |
| 17-Sep | Capital One | 11,000.00 | 0084 | 11,000.00 |
| 21-Oct | Capital One | 8,000.00 | 0084 | 8,000.00 |
| 22-Oct | AMEX | 14,000.00 | 0084 | 14,000.00 |
| 23-Oct | AMEX | 3,500.00 | 0084 | 3,500.00 |
| 23-Oct | AMEX | 19,250.00 | 0084 | 19,250.00 |
| 24-Oct | AMEX | 3,000.00 | 0084 | 3,000.00 |
| 26-Oct | Capital One | 6,000.00 | 0084 | 6,000.00 |
| 28-Oct | PAYROLL - Paige | 1,177.95 | 0084 | 1,177.95 |
| 21-Nov | AMEX | 21,000.00 | 0084 | 21,000.00 |
| 25-Nov | PAYROLL - Paige | 1,155.99 | 0084 | 1,155.99 |
| 25-Nov | payroll employee | 1,167.07 | 0084 | 1,167.07 |
| 25-Nov | payroll employee | 1,507.76 | 0084 | 1,507.76 |
| 25-Nov | payroll employee | 1,255.69 | 0084 | 1,255.69 |
| 25-Nov | payroll employee | 1,067.09 | 0084 | 1,067.09 |
| 26-Nov | payroll employee | 1,058.91 | 0084 | 1,058.91 |
| 26-Nov | payroll employee | 1,513.91 | 0084 | 1,513.91 |
| 26-Nov | payroll employee | 1,257.86 | 0084 | 1,257.86 |
| 26-Nov | payroll employee | 1,156.65 | 0084 | 1,156.65 |
| 26-Nov | payroll employee | 1,730.35 | 0084 | 1,730.35 |
| 26-Nov | payroll employee | 1,246.42 | 0084 | 1,246.42 |
| 26-Nov | payroll employee | 1,051.87 | 0084 | 1,051.87 |
| 26-Nov | payroll employee | 1,613.40 | 0084 | 1,613.40 |
| 9-Dec | payroll employee | 901.65 | 0084 | 901.65 |
| 9-Dec | payroll employee | 352.50 | 0084 | 352.50 |
| 9-Dec | payroll employee | 354.99 | 0084 | 354.99 |
| 12-Dec | AMEX | 24,000.00 | 0084 | 24,000.00 |
| 16-Dec | AMEX | 5,000.00 | 0084 | 5,000.00 |
| 19-Dec | AMEX | 25,000.00 | 0084 | 25,000.00 |
| 24-Dec | employee payroll | 1,074.78 | 0084 | 1,074.78 |
| 24-Dec | employee payroll | 1,601.21 | 0084 | 1,601.21 |
| 26-Dec | employee payroll | 1,008.79 | 0084 | 1,008.79 |

5

| Date | Description | Amount | | Account | Amount |
|---|---|---|---|---|---|
| 26-Dec | employee payroll | 867.77 | | 0084 | 867.77 |
| 26-Dec | employee payroll | 896.19 | | 0084 | 896.19 |
| 26-Dec | employee payroll | 820.76 | | 0084 | 820.76 |
| 30-Dec | employee payroll | 1,036.38 | | 0084 | 1,036.38 |
| 30-Dec | employee payroll | 1,092.14 | | 0084 | 1,092.14 |
| | **Total expenses** | | | | **167,718.08** |

**Transfers in/out from personal account**

Glacier 0084 - ins and outs of Personal Accounts

Calendar YR 24

| Glacier 0084 | | | Transfers | |
|---|---|---|---|---|
| Date | Description | Amount | From-To Bnk Accnt | Amount |
| | **Transfer Out of Personal** | | | |
| 3-Sep | transfer - jill connect | 100.00 | 0084-1565 | 100.00 |
| 12-Sep | transfer - jill connect | 2,500.00 | 0084-1565 | 2,500.00 |
| 13-Sep | transfer - jill connect | 10,000.00 | 0084-1565 | 10,000.00 |
| 11-Oct | transfer | 550.00 | 0084-1565 | 550.00 |
| 16-Oct | transfer | 2,500.00 | 0084-1565 | 2,500.00 |
| 16-Oct | transfer | 3,000.00 | 0084-1565 | 3,000.00 |
| 15-Oct | transfer | 10,000.00 | 0084-1565 | 10,000.00 |
| 18-Oct | transfer | 10,000.00 | 0084-1565 | 10,000.00 |
| 1-Nov | transfer | 10,000.00 | 0084-1565 | 10,000.00 |
| 5-Nov | transfer | 18,560.00 | 0084-1565 | 18,560.00 |
| 6-Dec | transfer | 49,980.00 | 0084-1565 | 49,980.00 |
| 18-Dec | transfer | 3,500.00 | 0084-1565 | 3,500.00 |
| 9-Sep | transfer - jill connect | 1,000.00 | 0084-1857 | 1,000.00 |
| 11-Sep | transfer - jill connect | 50.00 | 0084-1857 | 50.00 |
| 23-Sep | transfer - jill connect | 800.00 | 0084-1857 | 800.00 |
| 23-Sep | transfer - jill connect | 2,500.00 | 0084-1857 | 2,500.00 |
| 23-Sep | transfer - jill connect | 5,000.00 | 0084-1857 | 5,000.00 |
| 11-Oct | transfer | 25.00 | 0084-1857 | 25.00 |
| 11-Oct | transfer | 1,000.00 | 0084-1857 | 1,000.00 |
| 4-Nov | transfer | 10,050.00 | 0084-1857 | 10,050.00 |
| 18-Nov | Transfer | 2,500.00 | 0084-1857 | 2,500.00 |
| 18-Nov | transfer | 8,000.00 | 0084-1857 | 8,000.00 |
| 20-Dec | transfer | 2,600.00 | 0084-1857 | 2,600.00 |
| 22-Oct | transfer | 2,500.00 | 0084-3143 | 2,500.00 |

6

| Date | Type | Amount | Account | Amount |
|---|---|---|---|---|
| 7-Oct | transfer | 5,000.00 | 0084-3134 | 5,000.00 |
| 1-Oct | transfer | 2,500.00 | 0084-3143 | 2,500.00 |
| 2-Oct | transfer | 2,100.00 | 0084-3143 | 2,100.00 |
| 3-Oct | transfer | 2,450.00 | 0084-3143 | 2,450.00 |
| 8-Oct | transfer | 2,500.00 | 0084-3143 | 2,500.00 |
| 9-Oct | transfer | 2,500.00 | 0084-3143 | 2,500.00 |
| 11-Oct | transfer | 2,500.00 | 0084-3143 | 2,500.00 |
| 15-Oct | transfer | 2,500.00 | 0084-3143 | 2,500.00 |
| 21-Oct | transfer | 5,030.00 | 0084-3143 | 5,030.00 |
| 24-Oct | transfer | 5,100.00 | 0084-3143 | 5,100.00 |
| 29-Oct | transfer | 2,500.00 | 0084-3143 | 2,500.00 |
| 7-Nov | transfer | 5,700.00 | 0084-3143 | 5,700.00 |
| 12-Nov | Trasnfer | 10,000.00 | 0084-3143 | 10,000.00 |
| 8-Aug | transfer | 400.00 | 0084-7258 | 400.00 |
| 13-Aug | transfer | 1,600.00 | 0084-7258 | 1,600.00 |
| 14-Aug | transfer | 1,600.00 | 0084-7258 | 1,600.00 |
| 19-Aug | transfer | 1,600.00 | 0084-7258 | 1,600.00 |
| 20-Aug | transfer | 1,590.00 | 0084-7258 | 1,590.00 |
| 21-Aug | transfer | 1,600.00 | 0084-7258 | 1,600.00 |
| 27-Aug | Transfer | 1,600.00 | 0084-7258 | 1,600.00 |
| 11-Sep | transfer | 260.00 | 0084-7258 | 260.00 |
| 11-Sep | transfer | 1,600.00 | 0084-7258 | 1,600.00 |
| 12-Sep | transfer | 1,600.00 | 0084-7258 | 1,600.00 |
| 26-Sep | transfer | 11,600.00 | 0084-7258 | 11,600.00 |
| 4-Nov | transfer | 8,050.00 | 0084-7258 | 8,050.00 |
| 4-Nov | transfer | 11,500.00 | 0084-7258 | 11,500.00 |
| 6-Nov | transfer | 1,500.00 | 0084-7258 | 1,500.00 |
| 12-Nov | transfer | 11,600.00 | 0084-7258 | 11,600.00 |
| 2-Dec | transfer | 11,620.00 | 0084-7258 | 11,620.00 |
| 16-Dec | transfer | 1,600.00 | 0084-7258 | 1,600.00 |
| 16-Sep | transfer | 1,550.00 | 0084-7265 | 1,550.00 |
| 21-Jun | transfer | 12,000.00 | 0084-9001 | 12,000.00 |
| 26-Jun | transfer | 5,400.00 | 0084-9001 | 5,400.00 |
| 27-Jun | transfer | 2,200.00 | 0084-9001 | 2,200.00 |
| 28-Jun | transfer | 4,572.00 | 0084-9001 | 4,572.00 |
| 1-Jul | transfer | 1,000.00 | 0084-9001 | 1,000.00 |
| 2-Jul | transfer | 10,000.00 | 0084-9001 | 10,000.00 |
| 5-Jul | transfer | 8,000.00 | 0084-9001 | 8,000.00 |
| 12-Jul | transfer | 185.00 | 0084-9001 | 185.00 |
| 23-Aug | transfer | 2,007.92 | 0084-9001 | 2,007.92 |

| 23-Aug | transfer | 2,700.00 | 0084-9001 | 2,700.00 |
|--------|----------|----------|-----------|----------|
| 23-Aug | transfer | 4,000.00 | 0084-9001 | 4,000.00 |
| 26-Aug | transfer | 1,063.00 | 0084-9001 | 1,063.00 |
| 26-Aug | transfer | 3,500.00 | 0084-9001 | 3,500.00 |
| 26-Aug | transfer | 5,150.95 | 0084-9001 | 5,150.95 |
| 27-Aug | transfer | 10,000.00 | 0084-9001 | 10,000.00 |
| 30-Aug | transfer | 1,934.11 | 0084-9001 | 1,934.11 |
| 30-Aug | transfer | 8,628.73 | 0084-9001 | 8,628.73 |
| 3-Sep | transfer | 4,514.00 | 0084-9001 | 4,514.00 |
| 3-Sep | transfer | 5,000.00 | 0084-9001 | 5,000.00 |
| 4-Sep | transfer | 10,000.00 | 0084-9001 | 10,000.00 |
| 6-Sep | transfer | 3,256.91 | 0084-9001 | 3,256.91 |
| 6-Sep | transfer | 6,900.00 | 0084-9001 | 6,900.00 |
| 9-Sep | transfer | 200.00 | 0084-9001 | 200.00 |
| 9-Sep | transfer | 1,700.00 | 0084-9001 | 1,700.00 |
| 9-Sep | transfer | 1,800.00 | 0084-9001 | 1,800.00 |
| 9-Sep | transfer | 2,000.00 | 0084-9001 | 2,000.00 |
| 9-Sep | transfer | 2,000.00 | 0084-9001 | 2,000.00 |
| 11-Sep | transfer | 1,250.00 | 0084-9001 | 1,250.00 |
| 13-Sep | transfer | 3,000.00 | 0084-9001 | 3,000.00 |
| 27-Sep | transfer | 52,000.00 | 0084-9001 | 52,000.00 |
| 11-Oct | transfer | 5,500.00 | 0084-9001 | 5,500.00 |
| 18-Oct | transfer | 4,000.00 | 0084-9001 | 4,000.00 |
| 18-Oct | transfer | 4,000.00 | 0084-9001 | 4,000.00 |
| 18-Oct | transfer | 25,000.00 | 0084-9001 | 25,000.00 |
| 22-Oct | transfer | 7,000.00 | 0084-9001 | 7,000.00 |
| 30-Oct | transfer | 4,800.00 | 0084-9001 | 4,800.00 |
| 31-Oct | transfer | 22,416.20 | 0084-9001 | 22,416.20 |
| 1-Nov | transfer | 1,500.00 | 0084-9001 | 1,500.00 |
| 6-Nov | transfer | 1,500.00 | 0084-9001 | 1,500.00 |
| 12-Nov | transfer | 10,000.00 | 0084-9001 | 10,000.00 |
| 12-Nov | transfer | 1,241.32 | 0084-9001 | 1,241.32 |
| 12-Nov | transfer | 1,241.62 | 0084-9001 | 1,241.62 |
| 14-Nov | transfer | 5,000.00 | 0084-9001 | 5,000.00 |
| 15-Nov | transfer | 7,000.00 | 0084-9001 | 7,000.00 |
| 19-Nov | transfer | 12,000.00 | 0084-9001 | 12,000.00 |
| 20-Nov | transfer | 4,000.00 | 0084-9001 | 4,000.00 |
| 27-Nov | transfer | 85,000.00 | 0084-9001 | 85,000.00 |
| 29-Nov | transfer | 5,000.00 | 0084-9001 | 5,000.00 |
| 29-Nov | transfer | 35,000.00 | 0084-9001 | 35,000.00 |

| 10-Dec | transfer | 33,000.00 | 0084-9001 | 33,000.00 |
| 11-Dec | transfer | 5,200.00 | 0084-9001 | 5,200.00 |
| 12-Dec | transfer | 10,000.00 | 0084-9001 | 10,000.00 |
| 18-Dec | transfer | 1,000.00 | 0084-9001 | 1,000.00 |
| 24-Dec | transfer | 8,000.00 | 0084-9001 | 8,000.00 |
| 27-Dec | transfer | 13,000.00 | 0084-9001 | 13,000.00 |
| 15-Oct | transfer | 2,500.00 | 0084-9034 | 2,500.00 |
| 16-Oct | transfer | 1,300.00 | 0084-9034 | 1,300.00 |
| 26-Nov | transfer | 3,000.00 | 0084-9034 | 3,000.00 |
| 27-Nov | transfer | 2,400.00 | 0084-9034 | 2,400.00 |
| 30-Oct | transfer | 1,000.00 | 0084-9298 | 1,000.00 |
| 1-Nov | transfer | 500.00 | 0084-9298 | 500.00 |
| 27-Nov | transfer | 660.00 | 0084-9298 | 660.00 |
| 27-Nov | transfer | 6,000.00 | 0084-9298 | 6,000.00 |
| 2-Dec | transfer | 9,815.00 | 0084-9298 | 9,815.00 |
| 18-Dec | transfer | 2,300.00 | 0084-9298 | 2,300.00 |
| | | | **Trans Out** | **796,401.76** |
| | **Transfer Into Personal** | | | |
| 18-Oct | transfer | 10,000.00 | 1565-0084 | 10,000.00 |
| 25-Oct | transfer | 3,000.00 | 1565-0084 | 3,000.00 |
| 10-Dec | transfer | 33,000.00 | 1565-0084 | 33,000.00 |
| 23-Dec | transfer-payroll employee | 900.00 | 1857-0084 | 900.00 |
| 17-Oct | transfer | 1,400.00 | 3143-0084 | 1,400.00 |
| 29-Nov | transfer | 34,500.00 | 3143-0084 | 34,500.00 |
| 17-Sep | transfer | 12,000.00 | 7258-0084 | 12,000.00 |
| 5-Nov | transfer | 1,500.00 | 7258-0084 | 1,500.00 |
| 3/5/25 | Payment for Fridge | 477.00 | 9001-0084 | 477.00 |
| 3/26/25 | refund for collective computer refund- apple | 3,900.00 | 9001-0084 | 3,900.00 |
| 17-Jul | computer | 4,000.00 | 9001-0084 | 4,000.00 |
| 29-Apr | website payment | 1,500.00 | 9001-0084 | 1,500.00 |
| 13-Aug | Transfer-Jalen flight | 555.96 | 9001-0084 | 555.96 |
| 19-Aug | transfer | 2,500.00 | 9001-0084 | 2,500.00 |
| 27-Aug | transfer | 4,500.00 | 9001-0084 | 4,500.00 |
| 29-Aug | transfer | 1,113.15 | 9001-0084 | 1,113.15 |
| 5-Sep | transfer | 2,500.00 | 9001-0084 | 2,500.00 |
| 18-Oct | transfer | 4,000.00 | 9001-0084 | 4,000.00 |
| 22-Oct | transfer | 1,000.00 | 9001-0084 | 1,000.00 |
| 23-Oct | transfer | 3,000.00 | 9001-0084 | 3,000.00 |
| 25-Oct | transfer | 9,000.00 | 9001-0084 | 9,000.00 |

| Date | Description | Amount | Account | Amount |
|------|-------------|-------:|---------|-------:|
| 4-Nov | transfer | 5,000.00 | 9001-0084 | 5,000.00 |
| 5-Nov | transfer | 1,500.00 | 9001-0084 | 1,500.00 |
| 8-Nov | transfer | 3,000.00 | 9001-0084 | 3,000.00 |
| 21-Nov | transfer | 1,500.00 | 9001-0084 | 1,500.00 |
| 27-Nov | transfer | 2,000.00 | 9001-0084 | 2,000.00 |
| 27-Nov | transfer | 7,000.00 | 9001-0084 | 7,000.00 |
| 2-Dec | transfer | 10,000.00 | 9001-0084 | 10,000.00 |
| 2-Dec | transfer | 12,000.00 | 9001-0084 | 12,000.00 |
| 6-Dec | transfer | 901.65 | 9001-0084 | 901.65 |
| 6-Dec | transfer | 5,000.00 | 9001-0084 | 5,000.00 |
| 6-Dec | transfer | 51,000.00 | 9001-0084 | 51,000.00 |
| 9-Dec | transfer | 2,000.00 | 9001-0084 | 2,000.00 |
| 11-Dec | transfer | 13,500.00 | 9001-0084 | 13,500.00 |
| 16-Dec | transfer | 8,000.00 | 9001-0084 | 8,000.00 |
| 20-Dec | transfer | 2,600.00 | 9001-0084 | 2,600.00 |
| 20-Dec | transfer | 26,000.00 | 9001-0084 | 26,000.00 |
| 23-Dec | employee payroll - transfer | 1,000.00 | 9001-0084 | 1,000.00 |
| 23-Dec | transfer-employee payroll | 1,016.31 | 9001-0084 | 1,016.31 |
| 24-Dec | transfer | 1,500.00 | 9001-0084 | 1,500.00 |
| 18-Oct | transfer | 4,000.00 | 9034-0084 | 4,000.00 |
| 21-Oct | transfer | 12,500.00 | 9034-0084 | 12,500.00 |
| 22-Nov | transfer | 25,000.00 | 9034-0084 | 25,000.00 |
| 25-Nov | transfer | 10,000.00 | 9034-0084 | 10,000.00 |
| 11-Dec | transfer | 11,600.00 | 9034-0084 | 11,600.00 |
| 25-Oct | transfer | 8,000.00 | 9298-0084 | 8,000.00 |
| | **Total Transfer into Personal** | | | **359,964.07** |

**Recap for CY 2024**

**_Funds Into Personal_**

| | |
|---|---:|
| Stripe Dollars into 0084 | 500,734.17 |
| Transfers into 0084 | 359,964.07 |
| Sub Total Funds in from Jill's Office | 860,698.24 |

**_Funds Out of Personal_**

| | |
|---|---:|
| Transfers from 0084 | 796,401.76 |
| Expenses Paid by 0084 | 167,718.08 |

|  |  |
|---|---|
| Total funds from 0084 | **964,119.84** |
| **Excess Funds Out of Personal** | -103,421.60 |
| **Personal Funds injected to cover excess out** | |
| Brant & Autumn Personal Ln 9/25/24 | 79,056.00 |
| Brant & Autumn Personal Ln 11/27/24 | 59,902.45 |
| Sub Total Funds in from Personal Lns | **138,958.45** |

## Schedule #2

Short Period from First of 2025

Glacier 0084/ Zions 4589/ AFCU 6891
Calendar YR 25

| Bank Acct | Date | Description | Amount | **Revenue** | |
|---|---|---|---|---|---|
|  |  |  |  | To Bnk Accnt | Amount |
| Glacier 0084 | 2-Jan | Stripe | 905.63 | 0084 | 905.63 |
| Glacier 0084 | 2-Jan | Stripe | 816.14 | 0084 | 816.14 |
| Glacier 0084 | 2-Jan | Stripe | 8,278.23 | 0084 | 8,278.23 |
| Glacier 0084 | 3-Jan | stripe | 5,000.00 | 0084 | 5,000.00 |
| Glacier 0084 | 3-Jan | stripe | 5,000.00 | 0084 | 5,000.00 |
| Glacier 0084 | 6-Jan | stripe | 7,387.15 | 0084 | 7,387.15 |
| Glacier 0084 | 8-Jan | stripe | 583.63 | 0084 | 583.63 |
| Glacier 0084 | 8-Jan | stripe | 4,781.24 | 0084 | 4,781.24 |

11

| Bank Acct | Date | Description | Amount | From Bnk Accnt | Amount |
|---|---|---|---|---|---|
| Glacier 0084 | 9-Jan | stripe | 966.58 | 0084 | 966.58 |
| Glacier 0084 | 14-Jan | stripe | 3,000.00 | 0084 | 3,000.00 |
| Glacier 0084 | 2025 | Stripe Collective | 42,122.86 | 0084 | 42,122.86 |
| | | | | **Total Rev** | **78,841.46** |

### Equity Analysis
Glacier 0084/ Zions 4589/ AFCU  6891

Calendar YR 25

| Bank Acct | Date | Description | Amount | Expenses From Bnk Accnt | Amount |
|---|---|---|---|---|---|
| | | **Expenses Paid** | | | |
| Glacier 0084 | 2-Jan | employee payroll | 1309.05 | 0084 | 1,309.05 |
| Glacier 0084 | 2-Jan | employee payroll | 2,034.48 | 0084 | 2,034.48 |
| Glacier 0084 | 2-Jan | employee payroll | 2,299.58 | 0084 | 2,299.58 |
| Glacier 0084 | 3-Jan | employee payroll | 1,178.26 | 0084 | 1,178.26 |
| Glacier 0084 | 6-Jan | employee payroll | 1,471.89 | 0084 | 1,471.89 |
| Glacier 0084 | 6-Jan | employee payroll | 1,658.83 | 0084 | 1,658.83 |
| Glacier 0084 | 6-Jan | employee payroll | 1,225.03 | 0084 | 1,225.03 |
| Glacier 0084 | 6-Jan | employee perk - museum of ice cream | 738.30 | 0084 | 738.30 |
| Glacier 0084 | 7-Jan | Ngrok, | 80.00 | 0084 | 80.00 |
| Glacier 0084 | 7-Jan | Ngrok | 90.00 | 0084 | 90.00 |
| Glacier 0084 | 7-Jan | employee payroll | 1,102.03 | 0084 | 1,102.03 |

12

| | | | | | |
|---|---|---|---|---|---|
| Glacier 0084 | 9-Jan | employee payroll | 1,074.78 | 0084 | 1,074.78 |
| Glacier 0084 | 9-Jan | employee payroll | 1,026.31 | 0084 | 1,026.31 |
| Glacier 0084 | 14-Jan | employee payroll | 1,601.2 | 0084 | 1,601.20 |
| Glacier 0084 | 14-Jan | employee payroll | 1,438.54 | 0084 | 1,438.54 |
| Glacier 0084 | 16-Jan | employee payroll | 187.65 | 0084 | 187.65 |
| Zions 4589 | 16-Jan | sentry | 370.1 | 4589 | 370.10 |
| Zions 4589 | 16-Jan | slack | 102.34 | 4589 | 102.34 |
| Zions 4589 | 17-Jan | go high level | 100.00 | 4589 | 100.00 |
| Zions 4589 | 21-Jan | sleek plan | 15.00 | 4589 | 15.00 |
| Zions 4589 | 22-Jan | employee payroll | 2,500.00 | 4589 | 2,500.00 |
| Zions 4589 | 22-Jan | go high level | 482.16 | 4589 | 482.16 |
| Zions 4589 | 23-Jan | dart capital | 55,000.00 | 4589 | 55,000.00 |
| Zions 4589 | 24-Jan | employee payroll | 1,704.95 | 4589 | 1,704.95 |
| Zions 4589 | 31-Jan | payment to Highland | 9,000.00 | 6891 | 9,000.00 |
| AFCU 6891 | 3-Feb | efile | 4.75 | 6891 | 4.75 |
| AFCU 6891 | 8-Feb | ngrock | 80.00 | 6891 | 80.00 |
| AFCU 6891 | 8-Feb | ngrock | 90.00 | 6891 | 90.00 |
| AFCU 6891 | 10-Feb | efile | 25.40 | 6891 | 25.40 |
| AFCU 6891 | 10-Feb | employee payroll | 1,674.1 | 6891 | 1,674.10 |
| AFCU 6891 | 10-Feb | employee payroll | 1,704.95 | 6891 | 1,704.95 |
| AFCU 6891 | 10-Feb | cash app - cap assit | 2,000.00 | 6891 | 2,000.00 |
| AFCU 6891 | 10-Feb | employee payroll | 2,908.46 | 6891 | 2,908.46 |

13

| | | | | | |
|---|---|---|---|---|---|
| AFCU 6891 | 12-Feb | efile | 15.90 | 6891 | 15.90 |
| AFCU 6891 | 12-Feb | payment to epsine | 10,000.00 | 6891 | 10,000.00 |
| AFCU 6891 | 14-Feb | payment to fundbox | 1,000.00 | 6891 | 1,000.00 |
| AFCU 6891 | 19-Feb | payment to PMF | 6,500.00 | 6891 | 6,500.00 |
| AFCU 6891 | 19-Feb | employee payroll | 1,065.19 | 6891 | 1,065.19 |
| AFCU 6891 | 28-Feb | employee payroll | 1,684.00 | 6891 | 1,684.00 |
| AFCU 6891 | 10-Mar | employee payroll | 1,764.10 | 6891 | 1,764.10 |
| AFCU 6891 | 12-Mar | dial pad | 796.45 | 6891 | 796.45 |
| AFCU 6891 | 13-Mar | office max | 568.38 | 6891 | 568.38 |
| AFCU 6891 | 11-Mar | mark rose | 425.00 | 6891 | 425.00 |
| AFCU 6891 | 22-Mar | employee payroll | 1,674.40 | 6891 | 1,674.40 |
| AFCU 6891 | 4-Apr | netlify | 101.88 | 6891 | 101.88 |
| AFCU 6891 | 5-Apr | ubi cloud | 3.14 | 6891 | 3.14 |
| AFCU 6891 | 7-Apr | google cloud | 53.42 | 6891 | 53.42 |
| AFCU 6891 | 3-Jan | zelle - cap assit payment | 2,000.00 | 6981 | 2,000.00 |
| AFCU 6891 | 3-Feb | loan payment | 6,000.00 | 6981 | 6,000.00 |
| AFCU 6891 | 5-Feb | employee payroll | 1,166.91 | 6981 | 1,166.91 |
| AFCU 6891 | 6-Feb | cash app - cap assit | 1,000.00 | 6981 | 1,000.00 |
| AFCU 6891 | 6-Feb | cash app - cap assit | 1,000.00 | 6981 | 1,000.00 |
| AFCU 6891 | 7-Feb | employee payroll | 723.96 | 6981 | 723.96 |
| AFCU 6891 | 7-Feb | cash app - cap assit | 1,000.00 | 6981 | 1,000.00 |
| AFCU 6891 | 8-Feb | efile | 4.75 | 6981 | 4.75 |

| | Total | |
|---|---|---|
| | **Expenses Paid** | **134,825.62** |

***Transfers to and from personal accounts***

Glacier 0084/ Zions 4589/ AFCU 6891

Calendar YR 25

| | | | | Transfers | |
|---|---|---|---|---|---|
| Bank Acct | Date | Description | Amount | From-To Bnk Accnt | Amount |
| | | Transfer Into Personal | | | |
| Glacier 0084 | 2-Jan | transfer | 5,000.00 | 9034-0084 | 5,000.00 |
| Glacier 0084 | 6-Jan | transfer | 1,000.00 | 3143-0084 | 1,000.00 |
| Glacier 0084 | 6-Jan | Transfer | 2,500.00 | 9298-0084 | 2,500.00 |
| Glacier 0084 | 9-Jan | transfer | 389.00 | 9298-0084 | 389.00 |
| Glacier 0084 | 16-Jan | transfer | 2,257.00 | 9034-0084 | 2,257.00 |
| Zions 4589 | 15-Jan | transfer | 1,200.00 | 9251-4589 | 1,200.00 |
| Zions 4589 | 15-Jan | transfer | 1,000.00 | 2977-4589 | 1,000.00 |
| Zions 4589 | 21-Jan | transfer | 1,250.00 | 2951-4589 | 1,250.00 |
| Zions 4589 | 21-Jan | transfer | 1,500.00 | 2951-4589 | 1,500.00 |
| Zions 4589 | 21-Jan | transfer | 1,000.00 | 2951-4589 | 1,000.00 |
| Zions 4589 | 23-Jan | transfer | 1,500.00 | 2951-4589 | 1,500.00 |
| Zions 4589 | 23-Jan | transfer | 1,000.00 | 2951-4589 | 1,000.00 |
| Zions 4589 | 24-Jan | transfer | 1,500.00 | 2951-4589 | 1,500.00 |
| AFCU 6891 | 10-Mar | transfer | 769.45 | 9574-6891 | 769.45 |
| AFCU 6891 | 13-Mar | transfer | 450.00 | 9574-6891 | 450.00 |
| AFCU 6891 | 13-Mar | transfer | 568.38 | 9574-6891 | 568.38 |
| AFCU 6891 | 22-Mar | transfer | 1,674.40 | 9574-6891 | 1,674.40 |
| | | **Total Transfers Into Personal** | | | **24,558.23** |
| | | | | | |
| | | **Transfers Out of Personal** | | | |
| Glacier 0084 | 2-Jan | transfer | 7,24900 | 0084-9298 | 7,249.00 |
| Glacier 0084 | 2-Jan | transfer | 10,000.00 | 0084-9034 | 10,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Glacier 0084 | 3-Jan | transfer | 6,021.00 | 0084-3143 | 6,021.00 |
| Glacier 0084 | 6-Jan | Transfer | 2,556.00 | 0084-9298 | 2,556.00 |
| Zions 4589 | 1-Jan | transfer | 50.00 | 4589-2951 | 50.00 |
| Zions 4589 | 1-Jan | transfer | 50.00 | 4589-2969 | 50.00 |
| Zions 4589 | 1-Jan | transfer | 50.00 | 4589-2977 | 50.00 |
| Zions 4589 | 17-Jan | transfer | 1,500.00 | 4589-2951 | 1,500.00 |
| Zions 4589 | 23-Jan | transfer | 2,700.00 | 4589-2951 | 2,700.00 |
| | | **Total transfers Out** | | | **30,176.00** |

**Recap of Short Period 2025**

**Funds in**

| | |
|---|---|
| Strip Jills | 78,841.46 |
| Transfers In Jills | 24,558.23 |
| Net Funds In Jills | **103,399.69** |

Funds Out

| | |
|---|---|
| Expenses for Jill | 134,825.62 |
| Transfers Out jills | 30,176.00 |
| **Net Funds Out Jill** | **165,001.62** |

| | |
|---|---|
| Excess Funds Out | **-61,601.93** |

**Personal Funds Added to Cover Excess Out**

| | |
|---|---|
| Brant and Autumn (401 K) | **42,000.00** |

# Schedule #3

Transfers in and out and expenses paid by Glacier Account 1857 a personal account of members.

Glacier 1857 - in's and outs of Personal Accounts
Calendar YR 24

| Glacier 1857 | | | Transfers | |
|---|---|---|---|---|
| Date | Description | Amount | Acct To/From | Amount |
| | | | **Transfers Out of Personal** | |
| Sep-24 | Transfer | 19,000.00 | 1857-1565 | 19,000.00 |

16

| 23-Sep | Transfer | 1,300.00 | 1857-9001 | 1,300.00 |
|---|---|---|---|---|
| 23-Sep | Transfer | 11,000.00 | 1857-9001 | 11,000.00 |
| 23-Sep | Transfer | 161,000.00 | 1857-9001 | 161,000.00 |
| 25-Oct | Transfer | 24,000.00 | 1857-7258 | 24,000.00 |
| 6-Nov | Transfer | 20,217.63 | 1857-7258 | 20,217.63 |
| 7-Nov | Transfer | 5,400.00 | 1857-9298 | 5,400.00 |
| 6-Dec | Transfer | 1,499.00 | 1857-3134 | 1,499.00 |
| 6-Dec | Transfer | 2,064.00 | 1857-9034 | 2,064.00 |
| 6-Dec | Transfer | 10,346.50 | 1857-9298 | 10,346.50 |
| 9-Dec | Transfer | 420.00 | 1857-1565 | 420.00 |
| 9-Dec | Transfer | 1,000.00 | 1857-3134 | 1,000.00 |
| 9-Dec | Transfer | 1,200.00 | 1857-3134 | 1,200.00 |
| 20-Dec | Transfer | 22,700.00 | 1857-1565 | 22,700.00 |
| 23-Dec | Transfer | 5,400.00 | 1857-9001 | 5,400.00 |
| 23-Dec | Transfer | 5,433.00 | 1857-9001 | 5,433.00 |
| 23-Dec | Transfer | 18,600.00 | 1857-9001 | 18,600.00 |
| 23-Dec | Transfer | 24,000.00 | 1857-9001 | 24,000.00 |
| 23-Dec | Transfer | 24,000.00 | 1857-9001 | 24,000.00 |
| 23-Dec | Transfer | 57,000.00 | 1857-9001 | 57,000.00 |
| | | | **Total out** | **415,580.13** |

**Transfer Into Personal**

| 23-Sep | Transfer | 400.00 | 7258-1857 | 400.00 |
|---|---|---|---|---|
| 23-Sep | Transfer | 36,000.00 | 7258-1857 | 36,000.00 |
| 23-Sep | Transfer | 20,000.00 | 9001-1857 | 20,000.00 |
| 23-Sep | Transfer | 123,500.00 | 1565-1857 | 123,500.00 |
| 23-Sep | Transfer | 3,000.00 | 9034-1857 | 3,000.00 |
| 30-Sep | Transfer | 10,000.00 | 3134-1857 | 10,000.00 |
| 25-Oct | Transfer | 29,000.00 | 9001-1857 | 29,000.00 |
| 5-Nov | Transfer | 8,000.00 | 7258-1857 | 8,000.00 |
| 6-Nov | Transfer | 12,196.02 | 9001-1856 | 12,196.02 |
| 6-Nov | Transfer | 8,000.00 | 9001-1857 | 8,000.00 |
| 7-Nov | Transfer | 5,400.00 | 7258-1857 | 5,400.00 |
| 6-Dec | Transfer | 15,000.00 | 9001-1856 | 15,000.00 |
| 9-Dec | Transfer | 1,500.00 | 9001-1857 | 1,500.00 |
| 20-Dec | Transfer | 50.00 | 9001-1857 | 50.00 |
| 20-Dec | Transfer | 14,300.00 | 9001-1857 | 14,300.00 |
| 20-Dec | Transfer | 81,974.00 | 1565-1857 | 81,974.00 |
| 20-Dec | Transfer | 40.00 | 9034-1857 | 40.00 |
| 23-Dec | Transfer | 24,000.00 | 9001-1857 | 24,000.00 |

17

| 23-Dec | Transfer | 24,000.00 | 9001-1857 | 24,000.00 |
| 23-Dec | Transfer | 5,400.00 | 1565-1857 | 5,400.00 |
| | | | **Total Trans In** | **421,760.02** |

| Date | Description | Amount | Expense Paid | |
|------|-------------|--------|--------------|--|
| 25-Oct | Capital One | 5,000.00 | 1857 | 5,000.00 |
| | | | Total Expense | **5,000.00** |

**Recap of funds in and out of personal account 1857**

*Funds In*

| | |
|--|--|
| Stripe Dollars into 1857 | 0.00 |
| Transfers into 1857 | 421,760.02 |
| Sub Total Funds in from Jill's Office | 421,760.02 |

*Funds Out*

| | |
|--|--|
| Transfers from 1857 | 415,580.13 |
| Expenses Paid by 1857 | 5,000.00 |
| Total funds from 1857 | 420,580.13 |

**Excess Funds In**          **1,179.89**

## Schedule #4

Combined Schedule of both calendar year 2024 and the short Period 2025 for all personal accounts

**Recap of Funds To and From Personal Bank Accounts**

|  | Glacier  0084 | Short Period 2025 | Glacier 1575 |
|---|---|---|---|
| *Funds In* |  |  |  |
| Stripe Dollars into Personal | 500,734.17 | 78,841.46 | 0.00 |
| Transfers into Personal | 359,964.07 | 24,558.20 | 421,760.02 |
| Sub Total Funds In Personal Account | 860,698.24 | 103,399.66 | 421,760.02 |
|  |  |  |  |
| *Funds Out* |  |  |  |
| Transfers from Personal | 796,401.76 | 30,176.00 | 415,580.13 |
| Expenses Paid by Personal | 167,718.08 | 134,825.62 | 5,000.00 |
| Total funds from Personal | 964,119.84 | 165,001.62 | 420,580.13 |
|  |  |  |  |
| **Net Funds Jill Funds / into (out of)** | **-103,421.60** | **-61,601.96** | **1,179.89** |
|  |  |  |  |
| **Personal Funds injected to cover excess out** |  |  |  |
| Brant & Autumn Personal Ln 9/25/24 | 79,056.00 | 0.00 | 0.00 |
| Brant & Autumn Personal Ln 11/27/24 | 59,902.45 | 0.00 | 0.00 |
| **Brant & Autumn 401 k Funds** | 0.00 | 42,000.00 | 0.00 |
|  | **138,958.45** | **42,000.00** | **0.00** |

19